B1 (Official Form 1)(1/08)

| **United States Bankruptcy Court**<br>**District of Nevada** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**FROMHART, LISA** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA LISA G FROMHART; AKA LISA GAIL FROMHART;**<br>**AKA LISA G OSWALD; AKA LISA GAIL OSWALD; AKA**<br>**LISA OSWALD** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5803** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**8525 CREST HILL AVENUE**<br>**LAS VEGAS, NV**<br>ZIP Code **89145** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**CLARK** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**P.O. BOX 27083**<br>**LAS VEGAS, NV**<br>ZIP Code **89126** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7     ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9          of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13        of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts,     ■ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as            business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(1/08) Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**FROMHART, LISA** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ Zachariah Larson**                    **February  2, 2010**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**Zachariah Larson 7787** |
|---|---|

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br><br><br>_____<br>(Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **FROMHART, LISA** |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ LISA FROMHART**
Signature of Debtor    **LISA FROMHART**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**February  2, 2010**
Date

**Signature of Attorney***

X **/s/ Zachariah Larson**
Signature of Attorney for Debtor(s)

**Zachariah Larson 7787**
Printed Name of Attorney for Debtor(s)

**LARSON & STEPHENS, LLC**
Firm Name

**810 S. CASINO CENTER BLVD.**
**SUITE 104**
**LAS VEGAS, NV 89101**

_____
Address

**Email: zlarson@lslawnv.com**
**(702) 382-1170  Fax: (702) 382-1169**
Telephone Number

**February  2, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____
_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### District of Nevada

In re    **LISA FROMHART** _____    Case No. _____
                                               Debtor(s)    Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                                Page 2

       □ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

       □ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

       □ Active military duty in a military combat zone.

     □ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

      **I certify under penalty of perjury that the information provided above is true and correct.**

             Signature of Debtor:  **/s/ LISA FROMHART**
                                      **LISA FROMHART**

             Date:    **February  2, 2010**

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge. The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## District of Nevada

In re    **LISA FROMHART**

Debtor(s)

Case No. _____

Chapter    **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| **LISA FROMHART** | X | **/s/ LISA FROMHART** | **February 2, 2010** |
|---|---|---|---|
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| Case No. (if known) _____ | X | _____ | |
| | | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **LISA FROMHART**
_____,
Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 977,398.00 | | |
| B - Personal Property | Yes | 3 | 36,223.36 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 1,517,413.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 3 | | 34,423.58 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | 6,536,684.33 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 7 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,600.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,394.00 |
| Total Number of Sheets of ALL Schedules | | 55 | | | |
| | Total Assets | | 1,013,621.36 | | |
| | | Total Liabilities | | 8,088,520.91 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## District of Nevada

In re   **LISA FROMHART**

,

                                Debtor

Case No. _____

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re   **LISA FROMHART**                                                                    ,        Case No. _____
                                                                        Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1801 HERMITAGE AVE, LAS VEGAS, NV 89108** | **INVESTMENT PROPERTY** | - | 71,502.00 | 117,881.00 |
| **273 WESTWIND ROAD, HENDERSON, NV 89074** | **INVESTMENT PROPERTY** | - | 121,770.00 | 157,285.00 |
| **935 BAGPIPE COURT, NORTH LAS VEGAS, NV 89032** | **INVESTMENT PROPERTY** | - | 85,850.00 | 111,434.00 |
| **1628 NORTH JONES, LAS VEGAS, NV 89108** | **INVESTMENT PROPERTY OWNED BY HART PROPERTIES, LLC** | - | 43,570.00 | 73,681.00 |
| **5045 STARFINDER AVE., LAS VEGAS, NV 89108** | **INVESTMENT PROPERTY OWNED BY HART PROPERTIES, LLC** | - | 64,548.00 | 97,328.00 |
| **4373 HONEYCOMB DRIVE, LAS VEGAS, NV 89147** | **INVESTMENT PROPERTY** | - | 113,443.00 | 221,825.00 |
| **849 COUNT WUTZKE, LAS VEGAS, NV 89119** | **INVESTMENT PROPERTY** | - | 76,715.00 | 150,000.00 |
| **5711 O'BANNON DRIVE, LAS VEGAS, NV 89146** | **PRIMARY RESIDENCE** | - | 400,000.00 | 586,179.00 |

|  | Sub-Total > | 977,398.00 | (Total of this page) |
|---|---|---|---|
|  | Total > | 977,398.00 |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07)

In re    **LISA FROMHART**                                                    ,    Case No. _____
                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **CASH ON HAND** | - | 300.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **CHECKING ACCOUNT LOCATED AT SILVER STATE SCHOOLS ENDING IN #9139**<br><br>**SAVINGS ACCOUNT ENDING IN #9139 LOCATED AT SILVER STATE SCHOOLS** | -<br><br>- | 703.55<br><br>179.81 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **HOUSEHOLD GOODS**<br>**Location: 8525 CREST HILL AVENUE, LAS VEGAS NV** | - | 4,990.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **CLOTHING**<br>**Location: 8525 CREST HILL AVENUE, LAS VEGAS NV** | - | 100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **6,273.36**
(Total of this page)

__2__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **LISA FROMHART**                                    , Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **IRA LOCATED AT PRIMERICA ENDING IN #0698** | - | 16,500.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **HART MANAGEMENT - 8525 CREST HILL AVENUE, LAS VEGAS, NEVADA 89145** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **100% INTEREST IN FROMHART LLC** | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **FROZEN BUSINESS CHECKING ACCOUNT LOCATED AT BANK OF NEVADA** | - | 2,250.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | **CHILD SUPPORT (UNPAID)** | - | 1,000.00 |
| | | **ALIMONY (UNPAID)** | - | 200.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >     **19,950.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **LISA FROMHART**_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2004 TOYOTA SEQUOIA**<br>**Location: 8525 CREST HILL AVENUE, LAS VEGAS**<br>**NV** | - | 10,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >  | 10,000.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total >  | 36,223.36 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re    **LISA FROMHART**                                                        ,        Case No. _____
                                          Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                        $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| CASH ON HAND | Nev. Rev. Stat. § 21.090(1)(z) | 300.00 | 300.00 |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| CHECKING ACCOUNT LOCATED AT SILVER | Nev. Rev. Stat. § 21.090(1)(g) | 527.66 | 703.55 |
| STATE SCHOOLS ENDING IN #9139 | Nev. Rev. Stat. § 21.090(1)(z) | 175.89 | |
| | | | |
| SAVINGS ACCOUNT ENDING IN #9139 | Nev. Rev. Stat. § 21.090(1)(g) | 134.86 | 179.81 |
| LOCATED AT SILVER STATE SCHOOLS | Nev. Rev. Stat. § 21.090(1)(z) | 44.95 | |
| | | | |
| **Household Goods and Furnishings** | | | |
| HOUSEHOLD GOODS | Nev. Rev. Stat. § 21.090(1)(b) | 4,990.00 | 4,990.00 |
| Location: 8525 CREST HILL AVENUE, LAS VEGAS NV | | | |
| | | | |
| **Wearing Apparel** | | | |
| CLOTHING | Nev. Rev. Stat. § 21.090(1)(b) | 100.00 | 100.00 |
| Location: 8525 CREST HILL AVENUE, LAS VEGAS NV | | | |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| IRA LOCATED AT PRIMERICA ENDING IN #0698 | Nev. Rev. Stat. § 21.090(1)(r) | 16,500.00 | 16,500.00 |
| | | | |
| **Alimony, Maintenance, Support, and Property Settlements** | | | |
| CHILD SUPPORT (UNPAID) | Nev. Rev. Stat. § 21.090(1)(s) | 1,000.00 | 1,000.00 |
| | | | |
| ALIMONY (UNPAID) | Nev. Rev. Stat. § 21.090(1)(t) | 200.00 | 200.00 |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2004 TOYOTA SEQUOIA | Nev. Rev. Stat. § 21.090(1)(f) | 15,000.00 | 10,000.00 |
| Location: 8525 CREST HILL AVENUE, LAS VEGAS NV | | | |

|  | Total: | 38,973.36 | 33,973.36 |
|---|---|---|---|

**0**    continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re  **LISA FROMHART**
,
Debtor

Case No. _____

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxx5193** <br><br> AMERICAS SERVICING CO. ATTN: BANKRUPTCY DESK/MANAGING AGENT 8480 STAGECOACH CITY FREDERICK, MD 21701 | - | | Opened 4/20/05  Last Active 4/01/09 <br><br> MORTGAGE <br><br> 849 COUNT WUTZKE, LAS VEGAS, NV 89119 | | | | | |
| | | | Value $            76,715.00 | | | | 150,000.00 | 73,285.00 |
| Account No. **xxxxxxxx3964** <br><br> AMERICAS SERVICING CO. ATTN:  BANKRUTPCY DESK/MANAGING AGENT 7485 NEW HORIZON WAY FREDERICK, MD 21703 | - | | MORTGAGE <br><br> 1801 HERMITAGE AVE, LAS VEGAS, NV 89108 | | | | | |
| | | | Value $            71,502.00 | | | | 117,881.00 | 46,379.00 |
| Account No. **xxxxxxxx1243** <br><br> AMERICAS SERVICING CO. ATTN:  BANKRUTPCY DESK/MANAGING AGENT 7485 NEW HORIZON WAY FREDERICK, MD 21703 | - | | MORTGAGE <br><br> 273 WESTWIND ROAD, HENDERSON, NV 89074 | | | | | |
| | | | Value $           121,770.00 | | | | 115,327.00 | 0.00 |
| Account No. **xxxxxxxx0146** <br><br> AMERICAS SERVICING CO. ATTN:  BANKRUTPCY DESK/MANAGING AGENT 7485 NEW HORIZON WAY FREDERICK, MD 21703 | - | | MORTGAGE <br><br> 935 BAGPIPE COURT, NORTH LAS VEGAS, NV 89032 | | | | | |
| | | | Value $            85,850.00 | | | | 111,434.00 | 25,584.00 |
| __2__  continuation sheets attached | | | Subtotal (Total of this page) | | | | 494,642.00 | 145,248.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6D (Official Form 6D) (12/07) - Cont.

In re  **LISA FROMHART** _____,  Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx6190** | | | MORTGAGE | | | | | |
| **AMERICAS SERVICING CO. ATTN: BANKRUTPCY DESK/MANAGING AGENT 7485 NEW HORIZON WAY FREDERICK, MD 21703** | - | | 5045 STARFINDER AVE., LAS VEGAS, NV 89108 | | | | | |
| | | | Value $          64,548.00 | | | | 97,328.00 | 32,780.00 |
| Account No. **xxxxxxxx0786** | | | MORTGAGE | | | | | |
| **AURORA LOAN SERVICES ATTN: BANKRUPTCY DEPT./MANAGEMENT AGENT 10350 PARK MEADOWS LITTLETON, CO 80124** | - | | 4373 HONEYCOMB DRIVE, LAS VEGAS, NV 89147 | | | | | |
| | | | Value $          113,443.00 | | | | 221,825.00 | 108,382.00 |
| Account No. **2233** | | | SECOND MORTGAGE | | | | | |
| **BAC HOME LOANS ATTN: BANKRUPTCY DEPT./MANAGING AGENT 450 AMERICAN STREET SIMI VALLEY, CA 93065** | - | | 5711 O'BANNON DRIVE, LAS VEGAS, NV 89146 | | | | | |
| | | | Value $          400,000.00 | | | | 300,000.00 | 186,179.00 |
| Account No. **xxx0773** | | | AUTO LOAN | | | | | |
| **COMPASS BK ATTN: BANKRUPTCY DEPT./MANAGING AGENT 15 20TH STREET S FL 9 BIRMINGHAM, AL 35233** | - | | 2004 TOYOTA SEQUOIA Location: 8525 CREST HILL AVENUE, LAS VEGAS NV | | | | | |
| | | | Value $          10,000.00 | | | | 1,800.00 | 0.00 |
| Account No. **xxxxxxxx0813** | | | MORTGAGE | | | | | |
| **FIRST HORIZON ATTN: BANKRUPTCY DEPT./MANAGING AGENT 4600 HORIZON WAY IRVING, TX 75063** | - | | 5711 O'BANNON DRIVE, LAS VEGAS, NV 89146 | | | | | |
| | | | Value $          400,000.00 | | | | 286,179.00 | 0.00 |

Sheet **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     907,132.00     327,341.00

**B6D (Official Form 6D) (12/07) - Cont.**

In re    **LISA FROMHART**                                                        ,    Case No. _____
                                          Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxxxxx8863** | | | **LINE OF CREDIT** | | | | | |
| **WASHINGTON MUTUAL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 78148 PHOENIX, AZ 85062** | | - | **273 WESTWIND ROAD, HENDERSON, NV 89074** | | | | | |
| | | | Value $            **121,770.00** | | | | **41,958.00** | **35,515.00** |
| Account No. **xxxxxxxx6062** | | | **MORTGAGE** | | | | | |
| **WASHINGTON MUTUAL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 78065 PHOENIX, AZ 85062** | | - | **1628 NORTH JONES, LAS VEGAS, NV 89108** | | | | | |
| | | | Value $            **43,570.00** | | | | **73,681.00** | **30,111.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **115,639.00** | **65,626.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **1,517,413.00** | **538,215.00** |

B6E (Official Form 6E) (12/07)

In re   **LISA FROMHART**
_____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**2**       continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re   **LISA FROMHART**                                                                                                  ,        Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **xxx-xx-xx4-001**<br><br>CLARK COUNTY TREASURER<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>500 SOUTH GRAND CENTRAL PKWY<br>LAS VEGAS, NV 89155 | - | PROPERTY TAX FOR 3291 E. PATRICK LANE | | | | | | 19,990.59 | 0.00<br><br>19,990.59 |
| Account No. **xxx-xx-xx3-017**<br><br>CLARK COUNTY TREASURER<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>500 SOUTH GRAND CENTRAL PKWY<br>LAS VEGAS, NV 89155 | - | PROPERTY TAX FOR 849 COUNTY WUTZKE | | | | | | 1,600.00 | 0.00<br><br>1,600.00 |
| Account No. **xxx-xx-xx1-026**<br><br>CLARK COUNTY TREASURER<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>500 SOUTH GRAND CENTRAL PKWY<br>LAS VEGAS, NV 89155 | - | PROPERTY TAX FOR 935 BAGPIPE COURT | | | | | | 2,800.00 | 0.00<br><br>2,800.00 |
| Account No.<br><br>CLARK COUNTY TREASURER<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>500 SOUTH GRAND CENTRAL PKWY<br>LAS VEGAS, NV 89155 | - | PROPERTY TAX FOR 1801 HERMITAGE AVENUE | | | | | | 1,300.00 | 0.00<br><br>1,300.00 |
| Account No. **xxx-xx-xx2-075**<br><br>CLARK COUNTY TREASURER<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>500 SOUTH GRAND CENTRAL PKWY<br>LAS VEGAS, NV 89155 | - | PROPERTY TAX FOR 4373 HONEYCOMB | | | | | | 1,500.00 | 0.00<br><br>1,500.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 27,190.59 | 0.00<br>27,190.59 |
|---|---|---|---|
| | (Total of this page) | | |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                   Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **LISA FROMHART**                                                                  ,    Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. xxx-xx-xx7-021 **CLARK COUNTY TREASURER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 500 SOUTH GRAND CENTRAL PKWY LAS VEGAS, NV 89155** | - | | | | PROPERTY TAX FOR 1628 N. JONES | | | 750.00 | 0.00 750.00 |
| Account No. xxx-xx-xx2-030 **CLARK COUNTY TREASURER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 500 SOUTH GRAND CENTRAL PKWY LAS VEGAS, NV 89155** | - | | | | PROPERTY TAX FOR 273 WESTWIND | | | 1,660.00 | 0.00 1,660.00 |
| Account No. xxx-xx-xx0-063 **CLARK COUNTY TREASURER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 500 SOUTH GRAND CENTRAL PKWY LAS VEGAS, NV 89155** | - | | | | PROPERTY TAX FOR 5045 STARFINDER | | | 1,300.00 | 0.00 1,300.00 |
| Account No. xxx-xx-xx3-013 **CLARK COUNTY TREASURER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 500 SOUTH GRAND CENTRAL PKWY LAS VEGAS, NV 89155** | - | | | | PROPERTY TAX FOR 5711 O'BANNON | | | 3,522.99 | 0.00 3,522.99 |
| Account No. | | | | | | | | | |

Sheet  **2**  of  **2**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 7,232.99 | 7,232.99 |
| Total (Report on Summary of Schedules) | 0.00 34,423.58 | 34,423.58 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re   **LISA FROMHART**                                                              ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **ACR GROUP, INC. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3200 WILCREST DRIVE., SUITE 440 HOUSTON, TX 77042** | | - | | | BUSINESS EXPENSE | | | | 6,313.00 |
| Account No. **xxxx-xxxx-xxxx-9012** **ADVANTA BUSINESS CARDS ATTN: BANKRUPTCY DEPT./MANAGING AGENT P.O. BOX 8088 PHILADELPHIA, PA 19101** | | - | | | BUSINESS EXPENSE | | | | 10,500.00 |
| Account No. **AIR MAX ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5711 O'BANNON DRIVE LAS VEGAS, NV 89146** | X | - | | | PENDING LITIGATION (GENERAL HOME SYSTEMS, INC. V. TCD, LLC) | X | X | X | Unknown |
| Account No. **AIR MAX ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5711 O'BANNON DRIVE LAS VEGAS, NV 89146** | X | - | | | PENDING LITIGATION (RED ROCK COMMUNITY BANK V. AIR MAX) | X | X | X | Unknown |

__32__   continuation sheets attached

Subtotal
(Total of this page)                16,813.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                         S/N:31449-100105   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LISA FROMHART**
_____,    Case No. _____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AIR MAX<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>5711 O'BANNON DRIVE<br>LAS VEGAS, NV 89146** | X | - | **PENDING LITIGATION (AIR MAX V. RIVER CITY PETROLEUM)** | X | X | X | **Unknown** |
| Account No.<br><br>**AIR MAX<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>5711 O'BANNON DRIVE<br>LAS VEGAS, NV 89146** | X | - | **PENDING LITIGATION (LENNOX INDUSTRIES, INC. V. AIR MAX, INC.)** | X | X | X | **Unknown** |
| Account No.<br><br>**ALL LIT UP ELECTRIC<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>10501 W. GOWAN STREET<br>SUITE 140<br>LAS VEGAS, NV 89129** | | - | **BUSINESS EXPENSE** | | | | **480.00** |
| Account No.<br><br>**ALLIED INSURANCE<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>1100 LOCUST STREET<br>DES MOINES, IA 50391** | | - | **BUSINESS EXPENSE** | | | | **22,760.00** |
| Account No. **xxxxx6106**<br><br>**AMERICAN AUTO INS CO<br>C/O FIREMAN'S FUND INSURANCE COMPANIES<br>ATTN: BANKRUPTCY DEPT. /<br>MANAGING AGENT<br>PO BOX 7166<br>PASADENA, CA 91109** | | - | **BUSINESS EXPENSE** | | | | **1,757.00** |

Sheet no. **1** of **32** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**24,997.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LISA FROMHART**
                                          ,                Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | BUSINESS EXPENSE | | | | |
| AMERICAN CRANE SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 803 SAN BRUNO AVE. HENDERSON, NV 89002 | | | | | | | 875.00 |
| Account No. **1002** | | - | BUSINESS EXPENSE | | | | |
| AMERICAN EXPRESS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 0001 LOS ANGELES, CA 90096-0001 | | | | | | | 3,239.00 |
| Account No. | | - | BUSINESS EXPENSE | | | | |
| AMERICAN JETTING SERVICES INC. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2081 HELLMAN AVE. UNIT C ONTARIO, CA 91761 | | | | | | | 250.00 |
| Account No. | | - | PENDING LITIGATION (LENNOX INDUSTRIES, INC. V. AIR MAX, INC.) | X | X | X | |
| AMERICAN RESIDENTIAL SERVICES, LLC ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 965 RIDGE LAKE BLVD. #201 MEMPHIS, TN 38120 | | | | | | | Unknown |
| Account No. | | - | BUSINESS EXPENSE | | | | |
| ANSWER ALL, LLC ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1432 RIVERSIDE DRIVE MACON, GA 31201 | | | | | | | 250.00 |

Sheet no. __2__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 4,614.00 |
|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **LISA FROMHART**
_____,
Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | BUSINESS EXPENSE | | | | |
| ASAP PUMP & WELL SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 12700 RED ROCK RD. RENO, NV 89508 | | | | | | | | | 4,790.00 |
| Account No. | | - | | | BUSINESS EXPENSE | | | | |
| AT&T ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 989045 WEST SACRAMENTO, CA 95798 | | | | | | | | | 15,306.61 |
| Account No. **6309** | | - | | | BUSINESS EXPENSE | | | | |
| AT&T ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 989045 WEST SACRAMENTO, CA 95798-9045 | | | | | | | | | 350.00 |
| Account No. **xxxx-xxxx-xxxx-7755** | X | - | | | CREDIT CARD PURCHASES | | | | |
| BANK OF NEVADA ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT 2700 WEST SAHARA AVENUE LAS VEGAS, NV 89102 | | | | | | | | | 15,225.15 |
| Account No. | X | - | | | MAY 2009 BUSINESS LINE OF CREDIT | | | | |
| BANK OF NEVADA ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT 2700 WEST SAHARA AVENUE LAS VEGAS, NV 89102 | | | | | | | | | 249,113.61 |

Sheet no. __**3**___ of __**32**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

284,785.37

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **LISA FROMHART**                                      ,     Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**BANK OF NEVADA**<br>**ATTN:  BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**2700 WEST SAHARA AVENUE**<br>**LAS VEGAS, NV 89102** | | - | **FORECLOSURE ON INVESTMENT PROPERTY OF 3291 EAST PATRICK LANE, LAS VEGAS, NV 89146** | | | | **4,000,000.00** |
| Account No. <br><br>**BARNETT, INC.**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**4031 INDUSTRIAL CENTER DRIVE**<br>**NORTH LAS VEGAS, NV 89030** | | - | **BUSINESS EXPENSE** | | | | **2,703.00** |
| Account No. <br><br>**BERGELECTRIC CORP**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**650 OPPER STREET**<br>**ESCONDIDO, CA 92029** | | - | **BUSINESS EXPENSE** | | | | **853.00** |
| Account No. <br><br>**BERGSTROM MANUFACTURING, INC.**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**16622 30TH STREET SW**<br>**COKATO, MN 55321** | | - | **BUSINESS EXPENSE** | | | | **125.00** |
| Account No. **xx873-1** <br><br>**BOLICK & BOYER**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**10785 W. TWAIN AVE., STE. 200**<br>**LAS VEGAS, NV 89135** | X | - | **FROMHART, LLC** | | | | **150.00** |

Sheet no. __4__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            **4,003,831.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **LISA FROMHART**                                    , Case No. _____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**BUCKLEY CONSTRUCTION**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**4440 ARVILLE STREET., #40**<br>**LAS VEGAS, NV 89103** | | - | **BUSINESS EXPENSE** | | | | 400.00 |
| Account No.<br><br>**BURKE ENGINEERING**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**1201 AMERICAN PACIFIC DRIVE**<br>**SUITE B**<br>**HENDERSON, NV 89074** | | - | **BUSINESS EXPENSE** | | | | 2,199.00 |
| Account No.<br><br>**CAPITAL BANCORP LIMITED**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**200 WASHINGTON SQUARE NORTH**<br>**LANSING, MI 48933** | | | **PENDING LITIGATION (RED ROCK COMMUNITY BANK V. AIR MAX)** | | | | 56,457.11 |
| Account No. **xxxx-xxxx-xxxx-3266**<br><br>**CAPITAL ONE BUSINESS**<br>**ATTN: BANKRUPTCY**<br>**DEPT./MANAGING AGENT**<br>**P.O. BOX 30285**<br>**SALT LAKE CITY, UT 84130** | | - | **BUSINESS EXPENSE** | | | | 5,000.00 |
| Account No.<br><br>**CBIC INSURANCE**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 9271**<br>**SEATTLE, WA 98109** | | - | **BUSINESS EXPENSE** | | | | 20,347.00 |

Sheet no. _**5**___ of _**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84,403.11

B6F (Official Form 6F) (12/07) - Cont.

In re   **LISA FROMHART**                                ,        Case No. _____

                                       Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CBIC INSURANCE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1213 VALLEY STREET SEATTLE, WA 98109** | | - | **BUSINESS EXPENSE** | | | | **4,122.00** |
| Account No. **xxxxx0542** <br><br>**CHASE ATTN: BANKRUPTCY DEPT./MANAGING AGENT P.O. BOX 1547 ORLANDO, FL 32802** | | - | **CREDIT CARD PURCHASES** | | | | **0.00** |
| Account No. <br><br>**CINTAS CORPORATION ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1231 NATIONAL DRIVE SACRAMENTO, CA 95834** | | - | **BUSINESS EXPENSE** | | | | **660.00** |
| Account No. **xxxx-xxxx-xxxx-6513** <br><br>**CITI ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 6241 SIOUX FALLS, SD 57117** | | - | **CREDIT CARD PURCHASES** | | | | **3,838.00** |
| Account No. **xxxxxx9429** <br><br>**CITY NATIONAL BANK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 555 SOUTH FLOWER STREET SIXTEENTH FLOOR LOS ANGELES, CA 90071** | | - | **BUSINESS LOAN (HART MANAGEMENT)** | | | | **80,000.00** |

Sheet no. __**6**__ of __**32**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal
(Total of this page)       **88,620.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  **LISA FROMHART**                                                    , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**CITY OF BOULDER CITY CITY HALL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 401 CALIFORNIA AVENUE BOULDER CITY, NV 89006** | X | W | | **BUSINESS EXPENSE** | | | | 1,186.00 |
| Account No. **xx-xx1401** <br><br>**CITY OF LAS VEGAS SEWER SERVICE DEPARTMENT OF FINANCE & BUSINESS SERVICE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 52794** | - | | | **SERVICE AT INVESTMENT PROPERTY OF 5045 STARFINDER AVENUE.** | | | | 203.53 |
| Account No. **xxxxx3-05-9** <br><br>**CITY OF NORTH LAS VEGAS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2829 FORT SUMTER DRIVE NORTH LAS VEGAS, NV 89030** | - | | | **UTILITY ON 935 BAGPIPE COURT** | | | | 200.00 |
| Account No. **xxx4249** <br><br>**CLARK COUNTY WATER RECLAMATION ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5857 E. FLAMINGO RD. LAS VEGAS, NV 89122-5598** | - | | | **UTILITY ON 849 COUNT WUTZKE** | | | | 119.10 |
| Account No. **xxx0399** <br><br>**CLARK COUNTY WATER RECLAMATION ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5857 E. FLAMINGO ROAD LAS VEGAS, NV 89193** | - | | | **UTILITY ON 4373 HONEYCOMB DRIVE** | | | | 109.00 |

Sheet no. _**7**_ of _**32**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  | **1,817.63** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **LISA FROMHART**
_____,
Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx-xx-xxx-xxxx / xxx2402** | | - | UTILITY FOR 3291 E. PATRICK LANE | | | | |
| **CLARK COUNTY WATER RECLAMATION** ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 98526 LAS VEGAS, NV 89193 | | | | | | | **1,853.00** |
| Account No. | | - | PENDING LITIGATION (LENNOX INDUSTRIES, INC. V. AIR MAX, INC.) | X | X | X | |
| **CONTRACTORS BONDING & INSURANCE COMPANY** ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1213 VALLEY STREET SEATTLE, WA 98109 | | | | | | | **Unknown** |
| Account No. | | - | PENDING LITIGATION (GENERAL HOME SYSTEMS, INC. V. TCD, LLC) | X | X | X | |
| **CONTRACTORS BONDING AND INSURANCE CO.** ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1213 VALLEY STREET SEATTLE, WA 98109 | | | | | | | **Unknown** |
| Account No. | | - | PENDING LITIGATION (RED ROCK COMMUNITY BANK V. AIR MAX) | X | X | X | |
| **CURTIS COKER** ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4594 SKYLAND DRIVE LAS VEGAS, NV 89121 | | | | | | | **Unknown** |
| Account No. **x6134** | | - | | | | | |
| **CVS CAREMARK** ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 99778 CHICAGO, IL 60696-7578 | | | | | | | **0.00** |

| | | |
|---|---|---|
| Sheet no. __8__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **1,853.00** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **LISA FROMHART**                                                , Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3017** | | | BUSINESS EXPENSE | | | | |
| **DELL FINANCIAL SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4307 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693** | - | | | | | | 32,028.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| **DELL FINANCIAL SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 5292 CAROL STREAM, IL 60197** | - | | | | | | 1,006.00 |
| Account No. **xx-xx3432** | | | UTILITY ON 1801 HERMITAGE | | | | |
| **DEPT OF FINANCE & BUSINESS SERVICES CITY HALL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 400 STEWART AVE., 6TH FLOOR LAS VEGAS, NV 89101** | - | | | | | | 0.00 |
| Account No. **xx-xx1401** | | | UTILITY ON 5045 STARFINDER AVE | | | | |
| **DEPT OF FINANCE & BUSINESS SERVICES CITY HALL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 400 STEWART AVE., 6TH FLOOR LAS VEGAS, NV 89101** | - | | | | | | 0.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| **DESERT SUPPLY HVAC ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5480 S. PROCYON LAS VEGAS, NV 89118** | - | | | | | | 4,130.00 |

| | | |
|---|---|---|
| Sheet no. _**9**___ of _**32**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 37,164.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **LISA FROMHART**
,

_Debtor_

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **2676**<br><br>**EMBARQ**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 96064**<br>**CHARLOTTE, NC 28296-0064** | | - | | BUSINESS EXPENSE | | | | 405.00 |
| Account No. **5661**<br><br>**EMBARQ**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 660068**<br>**DALLAS, TX 75266** | | - | | BUSINESS EXPENSE | | | | 3,068.00 |
| Account No.<br><br>**EMBARQ YELLOW PAGES**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**8400 INNOVATION WAY**<br>**CHICAGO, IL 60682** | | - | | BUSINESS EXPENSE | | | | 178,318.00 |
| Account No.<br><br>**EQUIPMENT LEASING SERVICES INC**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**9977 N. 90TH 5TH STREET #110**<br>**SCOTTSDALE, AZ 85258** | | - | | BUSINESS EXPENSE | | | | 321.00 |
| Account No. **5356**<br><br>**FERGUSON ENTERPRISES, INC.**<br>**ATTN:  BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**501 PARKSON**<br>**HENDERSON, NV 89011** | | - | | BUSINESS EXPENSE | | | | 15,975.00 |

Sheet no. __**10**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 198,087.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **LISA FROMHART**                                                      ,       Case No. _____

                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**FIDELITY AND DEPOSIT COMPANY OF MARYLAND**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**3910 KESWICK ROAD**<br>**BALTIMORE, MD 21211** | | - | **PENDING LITIGATION (GENERAL HOME SYSTEMS, INC. V. TCD, LLC)** | X | X | X | **Unknown** |
| Account No.<br><br>**FIELD EQUIPMENT SERVICE**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 758**<br>**WARSAW, MO 65355** | | - | **BUSINESS EXPENSE** | | | | **4,086.00** |
| Account No. **xxxxxx xxxxxxx1493**<br><br>**FIREMAN'S FUND INSURANCE COMPANIES**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 7166**<br>**PASADENA, CA 91109** | | - | **BUSINESS EXPENSE** | | | | **1,757.00** |
| Account No.<br><br>**GENERAL HOME SYSTEMS, INC.**<br>**C/O PEEL BRIMLEY, LLP**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**3333 E. SERENE AVE., SUITE 200**<br>**HENDERSON, NV 89074-6571** | X | - | **PENDING LITIGATION (GENERAL HOME SYSTEMS V. TCD LLC)** | X | X | X | **6,609.00** |
| Account No.<br><br>**GOODMAN DISTRIBUTION**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**3940 E. CRAIG RD. #103**<br>**NORTH LAS VEGAS, NV 89030** | | - | **BUSINESS EXPENSE** | | | | **188,684.00** |

Sheet no. __11__ of __32__ sheets attached to Schedule of                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                                (Total of this page)        **201,136.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **LISA FROMHART** ,
Debtor

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | PENDING LITIGATION (LENNOX INDUSTRIES V. AIR MAX, INC.) | | | | |
| GREAT AMERICAN INSURANCE COMPANY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 580 WALNUT STREET CINCINNATI, OH 45202 | | - | | | | X | X | X | Unknown |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| H & E EQUIPMENT SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4129 LOSEE RD. NORTH LAS VEGAS, NV 89030 | | - | | | | | | | 5,038.00 |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| HD SUPPLY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5920 S. VALLEY VIEW BLVD. LAS VEGAS, NV 89118 | | - | | | | | | | 7,141.00 |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| HEATING & COOLING SUPPLY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3955 W. SUNSET ROAD LAS VEGAS, NV 89118 | | - | | | | | | | 6,358.00 |
| Account No. 3318 | | | | | BUSINESS EXPENSE | | | | |
| HOME DEPOT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 6031 THE LAKES, NV 88901-6031 | | - | | | | | | | 13,113.00 |

Sheet no. __12__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,650.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **LISA FROMHART**                                                              ,        Case No. _____
                                                  Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **9353** | | | | | BUSINESS EXPENSE | | | | |
| HOME DEPOT CREDIT SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 6028 THE LAKES, NV 88901-6028 | | - | | | | | | | 1,863.00 |
| Account No. **5684** | | | | | BUSINESS EXPENSE | | | | |
| HOME DEPOT CREDIT SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 6028 THE LAKES, NV 88901-6028 | | - | | | | | | | 10,635.00 |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| HONEST 1 AUTO CARE ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1655 W. WARM SPRINGS RD. HENDERSON, NV 89014 | | - | | | | | | | 1,758.00 |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| HUGHES SUPPLY, INC. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 855 W. BONANZA RD. LAS VEGAS, NV 89106 | | - | | | | | | | 1,186.00 |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| INTER-TEL TECHNOLOGIES, INC. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT DEPT. 6162 A/R DEPT. LOS ANGELES, CA 90084-6162 | | - | | | | | | | 847.00 |

Sheet no. __13__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

16,289.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **LISA FROMHART** ,                                          Case No. _____
                                                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS EXPENSE | | | | |
| **JOHNSTONE SUPPLY**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**2314 WESTERN AVE.**<br>**LAS VEGAS, NV 89102** | | - | | | | | **15,000.00** |
| Account No. | | | BUSINESS EXPENSE | | | | |
| **KRYSTAL KEAR WATER**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**4927 TRANSIT RD.**<br>**BUFFALO, NY 14221** | | - | | | | | **1,950.00** |
| Account No. | | | BUSINESS EXPENSE | | | | |
| **LAS VEGAS HEATING & COOLING**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**125 LAS VEGAS BLVD. SOUTH**<br>**LAS VEGAS, NV 89101** | X | - | | | | | **158,582.00** |
| Account No. | | | BUSINESS EXPENSE | | | | |
| **LAS VEGAS MATERIAL HANDLING**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**4375 W. RENO AVENUE, #6**<br>**LAS VEGAS, NV 89118** | X | - | | | | | **276.00** |
| Account No. | | | BUSINESS EXPENSE | | | | |
| **LAS VEGAS REVIEW JOURNAL**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 920**<br>**LAS VEGAS, NV 89125** | X | W | | | | | **20,633.00** |

Sheet no. __**14**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**196,441.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **LISA FROMHART**                                              ,        Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS EXPENSE | | | | |
| LAS VEGAS WINDOW TINTING ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3380 W. HACIENDA AVENUE, SUITE 103 LAS VEGAS, NV 89120 | X | - | | | | | 1,610.00 |
| Account No. | | | PENDING LITIGATION (LENNOX INDUSTRIES, INC. V. AIR MAX, INC.) | | | | |
| LENNOX INDUSTRIES, INC. C/O JOHN W. MUIJE, ESQ. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1320 S. CASINO CENTER BLVD. LAS VEGAS, NV 89104 | X | - | | X | X | X | 495,000.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| LENNOX INDUSTRIES, INC. C/O JOHN W. MUIJE, ESQ. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1320 S. CASINO CENTER BLVD. LAS VEGAS, NV 89104 | X | - | | | | | 337,870.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| LENNOX INDUSTRIES, INC. C/O JOHN W. MUIJE, ESQ. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1320 S. CASINO CENTER BLVD. LAS VEGAS, NV 89104 | X | - | | | | | 72,780.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| LIFT EQUIPMENT CERTIFICATION ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3365 W. PATRICK LANE, #C LAS VEGAS, NV 89118 | X | - | | | | | 1,767.00 |

Sheet no. __15__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

909,027.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **LISA FROMHART** ,                                        Case No. _____

_____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxxxxx9471** | | | | **CREDIT CARD PURCHASES** | | | | |
| **LOFT** **ATTN: BANKRUPTCY** **DEPT./MANAGING AGENT** **P.O. BOX 659705** **SAN ANTONIO, TX 78265** | | - | | | | | | **0.00** |
| Account No. **xxxxxxx4240** | | | | **CREDIT CARD PURCHASES** | | | | |
| **MACY'S** **ATTN: BANKRUPTCY** **DEPT./MANAGING AGENT** **P.O. BOX 6938** **THE LAKES, NV 88901** | | - | | | | | | **0.00** |
| Account No. | | | | **BUSINESS EXPENSE** | | | | |
| **MBF LEASING** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **PO BOX 1027** **SIOUX FALLS, SD 57101-1027** | X | - | | | | | | **981.00** |
| Account No. | | | | **BUSINESS EXPENSE** | | | | |
| **MBF LEASING** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **PO BOX 1027** **SIOUX FALLS, SD 57101-1027** | X | - | | | | | | **4,180.00** |
| Account No. | | | | **BUSINESS EXPENSE** | | | | |
| **MERCHANT SERVICES** **C/O COLLECTIONS DEPT.** **ATTN: BANKRUPTCY DEPT. /** **MANAGING AGENT** **6789 QUAIL HILL PKWY #432** **IRVINE, CA 92603** | X | - | | | | | | **1,378.00** |

Sheet no. __**16**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,539.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **LISA FROMHART**                                   ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS EXPENSE | | | | |
| MERCURY LDO ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3325 PEPPER LANE LAS VEGAS, NV 89120 | X | - | | | | | 56.58 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| MSI HVAC ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 12925 MARLAY AVENUE FONTANA, CA 92337 | X | - | | | | | 11,878.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| NETWORK FLEET ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 14541 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | X | - | | | | | 12,969.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| NORTH AMERICAN CASUALTY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 650 ELM STREET MANCHESTER, NH 03101 | X | - | | | | | 4,732.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| NORTH AMERICAN CASUALTY INS. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 650 ELM STREET MANCHESTER, NH 03101 | | - | | | | | 2,500.00 |

Sheet no. __**17**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    **32,135.58**

B6F (Official Form 6F) (12/07) - Cont.

In re   **LISA FROMHART**                                                , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxxxxxxxxxxxx5547** | | - | | **UTILITY BILL** | | | | |
| **NV ENERGY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 30086 RENO, NV 89520-3086** | | | | | | | | **361.26** |
| Account No. | | - | | **MEDICAL BILLS** | | | | |
| **NV IMAGING CENTERS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 715 MALL RING CIRCLE, STE. 100 HENDERSON, NV 89014** | | | | | | | | **0.00** |
| Account No. | X | - | | **BUSINESS EXPENSE** | | | | |
| **OFFICE DEPOT ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 9020 DES MOINES, IA 50368-9020** | | | | | | | | **7,987.00** |
| Account No. | X | - | | **BUSINESS EXPENSE** | | | | |
| **P & O BRAKE INC. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3155 E. PATRICK LANE, STE. 4 LAS VEGAS, NV 89120** | | | | | | | | **687.00** |
| Account No. | | - | | **BUSINESS EXPENSE** | | | | |
| **P & S METALS & SUPPLY CORP. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5160 ROGERS STREET LAS VEGAS, NV 89118** | | | | | | | | **3,552.00** |

Sheet no. __**18**__ of __**32**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**12,587.26**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **LISA FROMHART**                                                      , Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| PALMER ELECTRIC ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 6625 S. VALLEY VIEW #D 408 LAS VEGAS, NV 89118 | X | W | | | | | | 2,328.00 |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| PITNEY BOWES C/O BANKRUPTCY DEPT/MANAGING AGENT PO BOX 856460 LOUISVILLE, KY 40285-6460 | X | W | | | | | | 2,230.00 |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| PURCHASE POWER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT P.O. BOX 856042 LOUISVILLE, KY 40285 | X | W | | | | | | 1,813.00 |
| Account No. xx0079 | | | | 5045 STARFINDER AVENUE (HOME OWNER ASSOCIATION DUES) | | | | |
| PW JAMES PAYMENT PROCESSING ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 82008 LAS VEGAS, NV 89180-2008 | - | | | | | | | 880.00 |
| Account No. | | | | ATTORNEY FEES | | | | |
| REBECCA MILLER, ESQ. SCHOLFIELD MILLER LAW FIRM ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 528 CASINO CENTER BLVD., 3RD FLOOR LAS VEGAS, NV 89101 | - | | | | | | | 16,600.00 |

Sheet no. __19__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,851.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **LISA FROMHART**
_____,
                Debtor

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **RED ROCK COMMUNITY BANK C/O KOLESAR & LEATHAM, CHTD. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3320 W. SAHARA AVE., SUITE 380 LAS VEGAS, NV 89102** | - | | | **PENDING LITIGATION (RED ROCK COMMUNITY BANK V. AIR MAX)** | X | X | X | **Unknown** |
| Account No. <br><br> **RED ROCK COMMUNITY BANK ATTN:  BANKRUTPCY DESK/MANAGING AGENT 10000 W. CHARLESTON BLVD. LAS VEGAS, NV 89135** | X | W | | **BUSINESS EXPENSE** | | | | **6,647.00** |
| Account No. <br><br> **RENO GAZETTE-JOURNAL C/O BANKRUPTCY DEPT/MANAGING AGENT PO BOX 22000 RENO, NV 89520** | X | W | | **BUSINESS EXPENSE** | | | | **4,839.00** |
| Account No. <br><br> **REPUBLIC SERVICES ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT 770 E. SAHARA AVE. PO BOX 98508 LAS VEGAS, NV 89193-8508** | X | W | | **BUSINESS EXPENSE** | | | | **6,001.00** |
| Account No. xxxxxxxxx4098 <br><br> **REPUBLIC SERVICES ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT 770 E. SAHARA AVE. PO BOX 98508 LAS VEGAS, NV 89193-8508** | - | | | **UTILITY ON 849 COUNT WUTZKE** | | | | **150.00** |

Sheet no. __**20**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**17,637.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **LISA FROMHART**
,                    Case No. _____
                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx2703** | | | **UTILITY ON 1801 HERMITAGE** | | | | |
| **REPUBLIC SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 770 E. SAHARA AVE. PO BOX 98508 LAS VEGAS, NV 89193-8508** | | - | | | | | 100.00 |
| Account No. **xxxxxxxx8587** | | | **UTILITY ON 273 WESTWIND ROAD** | | | | |
| **REPUBLIC SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 770 E. SAHARA AVE. PO BOX 98508 LAS VEGAS, NV 89193-8508** | | - | | | | | 100.00 |
| Account No. **xxxxxxxx5782** | | | **UTILITY ON 4373 HONEYCOMB DRIVE** | | | | |
| **REPUBLIC SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 770 E. SAHARA AVE. PO BOX 98508 LAS VEGAS, NV 89193-8508** | | - | | | | | 100.00 |
| Account No. **xxxxxxxx7501** | | | **BILL FOR 3291 E. PATRICK LANE** | | | | |
| **REPUBLIC SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 770 E. SAHARA AVE. PO BOX 98508 LAS VEGAS, NV 89193-8508** | | - | | | | | 100.00 |
| Account No. **xxxxxxxx7723** | | | **BILL FOR 5711 O'BANNON** | | | | |
| **REPUBLIC SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 770 E. SAHARA AVE. PO BOX 98508 LAS VEGAS, NV 89193-8508** | | - | | | | | 150.00 |

Sheet no. __21__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    550.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **LISA FROMHART**                                                          , Case No. _____

                                 Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | BUSINESS EXPENSE - | | | | |
| RIVER CITY PETROLEUM ATTN: BANKRUPTCY DEPT. / MANAGING AGENT P.O. BOX 235 WEST SACRAMENTO, CA 95691 | X | W | | | | | | 12,153.00 |
| Account No. | | | | PENDING LITIGATION (AIR MAX V. RIVER CITY PETROLEUM, INC.) | | | | |
| RIVER CITY PETROLEUM, INC. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 235 WEST SACRAMENTO, CA 95691 | X | - | | | X | X | X | 12,201.09 |
| Account No. | | | | PENDING LITIGATION (GENERAL HOME SYSTEMS V. TCD, LLC) | | | | |
| RLI INSURANCE COMPANY DBA SERVICE MAX PLUMBING ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 3961 PEORIA, IL 61612-3961 | | - | | | X | X | X | 5,800.00 |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| RLI INSURANCE COMPANY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9025 N. LINDBERGH DRIVE PEORIA, IL 61615 | | W | | | | | | 6,250.00 |
| Account No. **1628** | | | | HOME OWNERS ASSOCIATION ON 1628 N. JONES | | | | |
| ROCK CREEK MANOR HOA C/O COMMUNITY ASSOC. BANK ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 63425 PHOENIX, AZ 85082-3425 | | - | | | | | | 700.00 |

Sheet no. __**22**__ of __**32**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

37,104.09

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LISA FROMHART**                                                      ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x925.1** <br><br> **SCHOLFIELD MILLER LAW FIRM ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 528 CASINO CENTER BLVD., 3RD FLOOR LAS VEGAS, NV 89101** | | - | ATTORNEY FEES | | | | 16,585.50 |
| Account No. **xxxxxxxx5611** <br><br> **SHADOW EMERGENCY PHYSICIANS ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 13917 PHILADELPHIA, PA 19101-3917** | | - | MEDICAL BILL | | | | 598.74 |
| Account No. <br><br> **SHRED IT C/O BANKRUPTCY DEPT/MANAGING AGENT 7180 PLACID STREET, SUITE A LAS VEGAS, NV 89119** | X | W | BUSINESS EXPENSE | | | | 588.00 |
| Account No. <br><br> **SILVER STATE DIRECTORIES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3651 LINDELL ROAD LAS VEGAS, NV 89103** | X | W | BUSINESS EXPENSE | | | | 561.00 |
| Account No. <br><br> **SILVER STATE TOWING ATTN:  BANKRUPTCY DESK/MANAGING AGENT 2400 S. HIGHLAND DR. LAS VEGAS, NV 89102** | X | W | BUSINESS EXPENSE | | | | 550.00 |

Sheet no. __**23**__ of __**32**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **18,883.24**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LISA FROMHART** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | BUSINESS EXPENSE | | | | |
| SNE EQUIPMENT SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4129 LOSEE ROAD NORTH LAS VEGAS, NV 89030 | X | W | | | | | 4,678.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| SOUTH CENTRAL SOUND ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 6000 S. EASTERN AVENUE, 32C LAS VEGAS, NV 89119 | X | W | | | | | 411.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| SOUTHERN NEVADA TIRE MART ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 529 INDUSTRIAL PARK ROAD COLUMBIA, MS 39429 | X | W | | | | | 1,022.00 |
| Account No. | | | BUSINESS EXPENSE | | | | |
| SPARKLETTS DS WATERS OF AMERICA, INC. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5660 NEW NORTHSIDE DRIVE, #500 ATLANTA, GA 30328 | X | W | | | | | 202.00 |
| Account No. **xxxxx5611** | | | MEDICAL BILL | | | | |
| SPRING VALLEY HOSPITAL MEDICAL CENTER ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 3475 CUST: UHS TOLEDO, OH 43607-0475 | - | | | | | | 657.61 |

Sheet no. __24__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       6,970.61

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **LISA FROMHART**                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **SPRINT** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **PO BOX 4181** <br> **CAROL STREAM, IL 60197-4181** | X | W | **BUSINESS EXPENSE** | | | | 13,765.00 |
| Account No. **x0983** <br><br> **STARFIRE ESTATES VI OWNERS ASSN** <br> **ATTN: BANKRUPTCY DESK/MANAGING AGENT** <br> **C/O PERFORMANCE CAM, LLC** <br> **3360 W. SAHARA AVE. #250** <br> **LAS VEGAS, NV 89102** | | - | **HOA DUES ON 5045 STARFINDER AVE., LAS VEGAS, NV** | | | | 640.00 |
| Account No. **xx-xx-x747-8** <br><br> **STATE FARM FIRE AND CASUALTY COMPANY** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **2700 SOUTH SUNLAND DRIVE** <br> **TEMPE, AZ 85282-3387** | | - | **INSURANCE FOR 273 WESTWIND ROAD, HENDERSON, NEVADA** | | | | 511.00 |
| Account No. **xx-xx-x541-1** <br><br> **STATE FARM FIRE AND CASUALTY COMPANY** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **2700 SOUTH SUNLAND DRIVE** <br> **TEMPE, AZ 85282-3387** | | - | **INSURANCE FOR 935 BAGPIPE COURT, N. LAS VEGAS, NEVADA** | | | | 568.00 |
| Account No. **xx-xx-x106-2** <br><br> **STATE FARM FIRE AND CASUALTY COMPANY** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **2700 SOUTH SUNLAND DRIVE** <br> **TEMPE, AZ 85282-3387** | | - | **INSURANCE FOR 4373 HONEYCOMB DRIVE, LAS VEGAS, NV** | | | | 678.00 |

Sheet no. __25__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)                **16,162.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **LISA FROMHART**                                               ,   Case No. _____
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-x088-6** | - | | **5045 STARFINDER AVE** | | | | |
| **STATE FARM FIRE AND CASUALTY COMPANY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2700 SOUTH SUNLAND DRIVE TEMPE, AZ 85282-3387** | | | | | | | 300.00 |
| Account No. **xx-xx-x138-1** | - | | **INSURANCE FOR 1628 N. JONES** | | | | |
| **STATE FARM FIRE AND CASUALTY COMPANY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2700 SOUTH SUNLAND DRIVE TEMPE, AZ 85282-3387** | | | | | | | 406.00 |
| Account No. **xx-xx-x965-0** | - | | **INSURANCE FOR 1801 HERMITAGO** | | | | |
| **STATE FARM FIRE AND CASUALTY COMPANY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2700 SOUTH SUNLAND DRIVE TEMPE, AZ 85282-3387** | | | | | | | 555.00 |
| Account No. **xx-xx-x326-6** | - | | **INSURANCE FOR 849 COUNT WUTZKE** | | | | |
| **STATE FARM FIRE AND CASUALTY COMPANY ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2700 SOUTH SUNLAND DRIVE TEMPE, AZ 85282-3387** | | | | | | | 700.00 |
| Account No. | X | W | **BUSINESS EXPENSE - JUDGMENT** | | | | |
| **STATE OF NV DEPT OF EMPLOYMENT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 500 EAST THIRD STREET CARSON CITY, NV 89713** | | | | | | | 7,454.00 |

Sheet no. __26__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 9,415.00 |
|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                               Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **LISA FROMHART** _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**STATE OF NV DEPT OF TAXATION**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**555 E. WASHINGTON AVENUE 1300**<br>**LAS VEGAS, NV 89101** | X | W | BUSINESS EXPENSE | | | | 11,819.00 |
| Account No.<br><br>**SUMMERLIN  LIFE & HEALTH INS. CO.**<br>**ATTN:  BANKRUPTCY**<br>**DESK/MANAGING AGENT**<br>**PO BOX 379301**<br>**LAS VEGAS, NV 89137-9031** | X | W | BUSINESS EXPENSE | | | | 17,027.00 |
| Account No.<br><br>**T C D LLC DBA SERVICE MAX**<br>**PLUMBING**<br>**C/O AMERICAN RESIDENTIAL**<br>**SERVICES, LLC**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**965 RIDGE LAKE BLVD. #201** | X | - | PENDING LITIGATION IN (GENERAL HOME SYSTEMS, INC. V. TCD, LLC) | X | X | X | Unknown |
| Account No.<br><br>**TELEPACIFIC**<br>**ATTN:  BANKRUTPCY**<br>**DESK/MANAGING AGENT**<br>**PO BOX 526015**<br>**SACRAMENTO, CA 95852** | X | W | BUSINESS EXPENSE | | | | 1,369.00 |
| Account No.<br><br>**THE INDEPENDENT BANKERS BANK**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**P.O. BOX 569120**<br>**DALLAS, TX 75356** | X | W | BUSINESS EXPENSE | | | | 14,566.00 |

Sheet no. __27__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

44,781.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **LISA FROMHART**                                          ,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. TIMOTHY FROMHART, SR. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9086 WESTCHESTER HILL AVENUE LAS VEGAS, NV 89148 | | - | | PENDING LITIGATION (RED ROCK COMMUNITY BANK V. AIRMAX) | X | X | X | 56,457.11 |
| Account No. TIMOTHY FROMHART, SR. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9086 WESTCHESTER HILL AVENUE LAS VEGAS, NV 89148 | | - | | PENDING LITIGATION (AIR MAX V. RIVER CITY PETROLEUM) | X | X | X | Unknown |
| Account No. TIMOTHY FROMHART, SR. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 9086 WESTCHESTER HILL AVENUE LAS VEGAS, NV 89148 | | - | | PENDING LITIGATION (LENNOX INDUSTRIES, INC. V. AIR MAX, INC.) | X | X | X | Unknown |
| Account No. TOMMIE L. TOWNSEND II ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 8031 SPRINGBUCK COURT LAS VEGAS, NV 89129 | | - | | PENDING LITIGATION (LENNOX INDUSTRIES, INC. V. AIR MAX, INC.) | X | X | X | Unknown |
| Account No. TOTAL SAFETY INC. C/O BANKRUPTCY DEPT/MANAGING AGENT 8550 W. CHARLESTON BLVD. #110 LAS VEGAS, NV 89117 | X | W | | BUSINESS EXPENSE | | | | 240.00 |

Sheet no. __28__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **56,697.11**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **LISA FROMHART** _____,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | PENDING LITIGATION (LENNOX INDUSTRIES, INC. V. AIR MAX, INC.) | | | | |
| **TOWNCO CONSTRUCTION ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 2728 RENWICK CIRCLE LAS VEGAS, NV 89117** | | - | | | | X | X | X | **Unknown** |
| Account No. **xxxxxxxxx6371** | | | | | INSURANCE ON INVESTMENT PROPERTY OF 5711 O'BANNON DRIVE, LAS VEGAS, NEVADA | | | | |
| **TRAVELERS SAGE INSURANCE SERVICES ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 3505 E. FLAMINGO ROAD, STE. 4 LAS VEGAS, NV 89121** | | - | | | | | | | **0.00** |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| **TYGRIS FINANCIAL ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1370 AVENUE OF THE AMERICAS FLOOR 1 NEW YORK, NY 10019** | | X | W | | | | | | **22,248.00** |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| **UNIFIRST CORP. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 568 PARKSON ROAD HENDERSON, NV 89011** | | X | W | | | | | | **7,333.00** |
| Account No. | | | | | BUSINESS EXPENSE | | | | |
| **US AIR CONDITIONING DIST. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT P.O. BOX 1122 LA PUENTE, CA 91749** | | X | W | | | | | | **521.00** |

Sheet no. __29__ of __32__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)          **30,102.00**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **LISA FROMHART**                                                      ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| US EXPRESS LEASING ATTN: BANKRUPTCY DEPT. / MANAGING AGENT DEPT. 1608 DENVER, CO 80291-1608 | X | W | | | | | | 3,176.00 |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| VEGAS VALLEY AIR DUCT ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 4593 W. DESERT INN ROAD LAS VEGAS, NV 89102 | X | W | | | | | | 900.00 |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| VIA DIRECT MARKETING ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 5989 MCLEOD DRIVE LAS VEGAS, NV 89120 | X | W | | | | | | 3,858.00 |
| Account No. xxxxx-2950 | | | | HOME OWNERS ASSOCIATION ON 273 WESTWIND ROAD | | | | |
| VILLAGE OF SILVER SPRINGS HOA C/O TERRA WEST PROP MGMT 251-45 ATTN: BANKRUPTCY DEPT. / MANAGING AGENT PO BOX 80900 LAS VEGAS, NV 89180-0900 | - | | | | | | | 0.00 |
| Account No. | | | | BUSINESS EXPENSE | | | | |
| VISMAR, INC. ATTN: BANKRUPTCY DEPT. / MANAGING AGENT 1470 DARTMOUTH STREET BALDWIN, NY 11510 | X | W | | | | | | 5,954.00 |

Sheet no. __30__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          **13,888.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **LISA FROMHART**                                          , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **WALKER CRANE** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **6213 RIVER BRENTA CT.** <br> **NORTH LAS VEGAS, NV 89031** | X | - | **BUSINESS EXPENSE** | | | | 6,403.00 |
| Account No. **xxxxxx0345** <br><br> **WASHINGTON MUTUAL** <br> **ATTN: BANKRUPTCY** <br> **DEPT./MANAGING AGENT** <br> **3990 S. BABCOCK STREET** <br> **MELBOURNE, FL 32901** | | - | **CREDIT CARD PURCHASES** | | | | 0.00 |
| Account No. **xxxx-xxxx-xxxx-4824** <br><br> **WELLS FARGO** <br> **ATTN: BANKRUPTCY** <br> **DEPT./MANAGING AGENT** <br> **P.O. BOX 5445** <br> **PORTLAND, OR 97208** | | - | **CREDIT CARD PURCHASES** | | | | 14,500.00 |
| Account No. <br><br> **WELLS FARGO BANK** <br> **ATTN: BANKRUPTCY DEPT. /** <br> **MANAGING AGENT** <br> **PO BOX 94423** <br> **ALBUQUERQUE, NM 87199-9833** | X | W | **BUSINESS EXPENSE** | | | | 4,696.00 |
| Account No. **xxxxxxxxx2616** <br><br> **WELLS FARGO NV** <br> **ATTN: BANKRUTPCY** <br> **DESK/MANAGING AGENT** <br> **PO BOX 94435** <br> **ALBUQUERQUE, NM 87199** | X | - | **OVERDRAFT PROTECTION LINE (PERSONAL)** | | | | 4,980.00 |

Sheet no. __**31**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

30,579.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **LISA FROMHART**                                          ,                Case No. _____
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxxxxx8183**<br><br>**WELLS FARGO NV**<br>**ATTN: BANKRUTPCY**<br>**DESK/MANAGING AGENT**<br>**PO BOX 94435**<br>**ALBUQUERQUE, NM 87199** | | - | | PERSONAL CHECKING ACCOUNT | | | | **131.33** |
| Account No.<br><br>**WESTERN AIR SYSTEMS &**<br>**CONTROLS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**4580 S. VALLEY VIEW BLVD.**<br>**LAS VEGAS, NV 89103** | X | W | | BUSINESS EXPENSE | | | | **621.00** |
| Account No. **xxxxxxxx2143**<br><br>**WFNNB/ANN TAYLOR**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**PO BOX 182273**<br>**COLUMBUS, OH 43218** | | - | | CREDIT CARD PURCHASES | | | | **0.00** |
| Account No.<br><br>**WRIGHT ENGINEERS**<br>**ATTN: BANKRUPTCY DEPT. /**<br>**MANAGING AGENT**<br>**7425 PEAK DR.**<br>**LAS VEGAS, NV 89128** | X | W | | BUSINESS EXPENSE | | | | **3,484.00** |
| Account No.<br><br>**YELLOW BOOK - PACIFIC**<br>**ATTN: BANKRUPTCY**<br>**DESK/MANAGING AGENT**<br>**PO BOX 51444**<br>**LOS ANGELES, CA 90051-5744** | X | W | | BUSINESS EXPENSE | | | | **73,038.00** |

| | | |
|---|---|---|
| Sheet no. __32__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **77,274.33** |
| | Total (Report on Summary of Schedules) | **6,536,684.33** |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re **LISA FROMHART** ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

.

In re    **LISA FROMHART**                                                           ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **AMERICAN RESIDENTIAL SERVICES, LLC**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**965 RIDGE LAKE BLVD. #201**<br>**MEMPHIS, TN 38120** | **AIR MAX**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**5711 O'BANNON DRIVE**<br>**LAS VEGAS, NV 89146** |
| **AMERICAN RESIDENTIAL SERVICES, LLC**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**965 RIDGE LAKE BLVD. #201**<br>**MEMPHIS, TN 38120** | **AIR MAX**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**5711 O'BANNON DRIVE**<br>**LAS VEGAS, NV 89146** |
| **AMERICAN RESIDENTIAL SERVICES, LLC**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**965 RIDGE LAKE BLVD. #201**<br>**MEMPHIS, TN 38120** | **AIR MAX**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**5711 O'BANNON DRIVE**<br>**LAS VEGAS, NV 89146** |
| **AMERICAN RESIDENTIAL SERVICES, LLC**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**965 RIDGE LAKE BLVD. #201**<br>**MEMPHIS, TN 38120** | **AIR MAX**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**5711 O'BANNON DRIVE**<br>**LAS VEGAS, NV 89146** |
| **TIMOTHY FROMHART, SR.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**9086 WESTCHESTER HILL AVENUE**<br>**LAS VEGAS, NV 89148** | **WELLS FARGO NV**<br>**ATTN:  BANKRUTPCY DESK/MANAGING AGENT**<br>**PO BOX 94435**<br>**ALBUQUERQUE, NM 87199** |
| **TIMOTHY FROMHART, SR.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**9086 WESTCHESTER HILL AVENUE**<br>**LAS VEGAS, NV 89148** | **AIR MAX**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**5711 O'BANNON DRIVE**<br>**LAS VEGAS, NV 89146** |
| **TIMOTHY FROMHART, SR.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**9086 WESTCHESTER HILL AVENUE**<br>**LAS VEGAS, NV 89148** | **AIR MAX**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**5711 O'BANNON DRIVE**<br>**LAS VEGAS, NV 89146** |
| **TIMOTHY FROMHART, SR.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**9086 WESTCHESTER HILL AVENUE**<br>**LAS VEGAS, NV 89148** | **AIR MAX**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**5711 O'BANNON DRIVE**<br>**LAS VEGAS, NV 89146** |
| **TIMOTHY FROMHART, SR.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**9086 WESTCHESTER HILL AVENUE**<br>**LAS VEGAS, NV 89148** | **AIR MAX**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**5711 O'BANNON DRIVE**<br>**LAS VEGAS, NV 89146** |

**6**

____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **LISA FROMHART**                                ,        Case No. _____

                                        Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | BANK OF NEVADA<br>ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT<br>2700 WEST SAHARA AVENUE<br>LAS VEGAS, NV 89102 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | RIVER CITY PETROLEUM, INC.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 235<br>WEST SACRAMENTO, CA 95691 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | T C D LLC DBA SERVICE MAX PLUMBING<br>C/O AMERICAN RESIDENTIAL SERVICES, LLC<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>965 RIDGE LAKE BLVD. #201<br>MEMPHIS, TN 38120 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | BANK OF NEVADA<br>ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT<br>2700 WEST SAHARA AVENUE<br>LAS VEGAS, NV 89102 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | BOLICK & BOYER<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>10785 W. TWAIN AVE., STE. 200<br>LAS VEGAS, NV 89135 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | GENERAL HOME SYSTEMS, INC.<br>C/O PEEL BRIMLEY, LLP<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>3333 E. SERENE AVE., SUITE 200<br>HENDERSON, NV 89074-6571 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | LENNOX INDUSTRIES, INC.<br>C/O JOHN W. MUIJE, ESQ.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>1320 S. CASINO CENTER BLVD.<br>LAS VEGAS, NV 89104 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | LAS VEGAS REVIEW JOURNAL<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 920<br>LAS VEGAS, NV 89125 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | LAS VEGAS MATERIAL HANDLING<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>4375 W. RENO AVENUE, #6<br>LAS VEGAS, NV 89118 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | LAS VEGAS WINDOW TINTING<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>3380 W. HACIENDA AVENUE, SUITE 103<br>LAS VEGAS, NV 89120 |

Sheet __1__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **LISA FROMHART**                                                                    ,   Case No. _____
                                                                Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **TIMOTHY FROMHART, SR.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**9086 WESTCHESTER HILL AVENUE**<br>**LAS VEGAS, NV 89148** | **LAS VEGAS HEATING & COOLING**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**125 LAS VEGAS BLVD. SOUTH**<br>**LAS VEGAS, NV 89101** |
| **TIMOTHY FROMHART, SR.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**9086 WESTCHESTER HILL AVENUE**<br>**LAS VEGAS, NV 89148** | **LENNOX INDUSTRIES, INC.**<br>**C/O JOHN W. MUIJE, ESQ.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**1320 S. CASINO CENTER BLVD.**<br>**LAS VEGAS, NV 89104** |
| **TIMOTHY FROMHART, SR.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**9086 WESTCHESTER HILL AVENUE**<br>**LAS VEGAS, NV 89148** | **LENNOX INDUSTRIES, INC.**<br>**C/O JOHN W. MUIJE, ESQ.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**1320 S. CASINO CENTER BLVD.**<br>**LAS VEGAS, NV 89104** |
| **TIMOTHY FROMHART, SR.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**9086 WESTCHESTER HILL AVENUE**<br>**LAS VEGAS, NV 89148** | **LIFT EQUIPMENT CERTIFICATION**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**3365 W. PATRICK LANE, #C**<br>**LAS VEGAS, NV 89118** |
| **TIMOTHY FROMHART, SR.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**9086 WESTCHESTER HILL AVENUE**<br>**LAS VEGAS, NV 89148** | **MBF LEASING**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**PO BOX 1027**<br>**SIOUX FALLS, SD 57101-1027** |
| **TIMOTHY FROMHART, SR.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**9086 WESTCHESTER HILL AVENUE**<br>**LAS VEGAS, NV 89148** | **MERCHANT SERVICES**<br>**C/O COLLECTIONS DEPT.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**6789 QUAIL HILL PKWY #432**<br>**IRVINE, CA 92603** |
| **TIMOTHY FROMHART, SR.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**9086 WESTCHESTER HILL AVENUE**<br>**LAS VEGAS, NV 89148** | **MBF LEASING**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**PO BOX 1027**<br>**SIOUX FALLS, SD 57101-1027** |
| **TIMOTHY FROMHART, SR.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**9086 WESTCHESTER HILL AVENUE**<br>**LAS VEGAS, NV 89148** | **MERCURY LDO**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**3325 PEPPER LANE**<br>**LAS VEGAS, NV 89120** |
| **TIMOTHY FROMHART, SR.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**9086 WESTCHESTER HILL AVENUE**<br>**LAS VEGAS, NV 89148** | **MSI HVAC**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**12925 MARLAY AVENUE**<br>**FONTANA, CA 92337** |
| **TIMOTHY FROMHART, SR.**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**9086 WESTCHESTER HILL AVENUE**<br>**LAS VEGAS, NV 89148** | **NETWORK FLEET**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**14541 COLLECTIONS CENTER DRIVE**<br>**CHICAGO, IL 60693** |

Sheet __2__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re   **LISA FROMHART**
_____,   Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | NORTH AMERICAN CASUALTY<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>650 ELM STREET<br>MANCHESTER, NH 03101 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | OFFICE DEPOT<br>ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 9020<br>DES MOINES, IA 50368-9020 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | P & O BRAKE INC.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>3155 E. PATRICK LANE, STE. 4<br>LAS VEGAS, NV 89120 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | PALMER ELECTRIC<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>6625 S. VALLEY VIEW #D 408<br>LAS VEGAS, NV 89118 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | PITNEY BOWES<br>C/O BANKRUPTCY DEPT/MANAGING AGENT<br>PO BOX 856460<br>LOUISVILLE, KY 40285-6460 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | PURCHASE POWER<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>P.O. BOX 856042<br>LOUISVILLE, KY 40285 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | RED ROCK COMMUNITY BANK<br>ATTN:  BANKRUTPCY DESK/MANAGING AGENT<br>10000 W. CHARLESTON BLVD.<br>LAS VEGAS, NV 89135 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | RENO GAZETTE-JOURNAL<br>C/O BANKRUPTCY DEPT/MANAGING AGENT<br>PO BOX 22000<br>RENO, NV 89520 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | REPUBLIC SERVICES<br>ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT<br>770 E. SAHARA AVE.<br>PO BOX 98508<br>LAS VEGAS, NV 89193-8508 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | RIVER CITY PETROLEUM<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>P.O. BOX 235<br>WEST SACRAMENTO, CA 95691 |

Sheet __3__ of __6__ continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **LISA FROMHART**
_____,    Case No. _____
Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | SHRED IT<br>C/O BANKRUPTCY DEPT/MANAGING AGENT<br>7180 PLACID STREET, SUITE A<br>LAS VEGAS, NV 89119 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | SILVER STATE DIRECTORIES<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>3651 LINDELL ROAD<br>LAS VEGAS, NV 89103 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | SILVER STATE TOWING<br>ATTN: BANKRUPTCY DESK/MANAGING AGENT<br>2400 S. HIGHLAND DR.<br>LAS VEGAS, NV 89102 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | SNE EQUIPMENT SERVICES<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>4129 LOSEE ROAD<br>NORTH LAS VEGAS, NV 89030 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | SOUTH CENTRAL SOUND<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>6000 S. EASTERN AVENUE, 32C<br>LAS VEGAS, NV 89119 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | SOUTHERN NEVADA TIRE MART<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>529 INDUSTRIAL PARK ROAD<br>COLUMBIA, MS 39429 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | SPARKLETTS<br>DS WATERS OF AMERICA, INC.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>5660 NEW NORTHSIDE DRIVE, #500<br>ATLANTA, GA 30328 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | SPRINT<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 4181<br>CAROL STREAM, IL 60197-4181 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | STATE OF NV DEPT OF EMPLOYMENT<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>500 EAST THIRD STREET<br>CARSON CITY, NV 89713 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | STATE OF NV DEPT OF TAXATION<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>555 E. WASHINGTON AVENUE 1300<br>LAS VEGAS, NV 89101 |

Sheet __4__ of __6__ continuation sheets attached to the Schedule of Codebtors

In re    **LISA FROMHART**

_____ ,    Case No. _____

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | SUMMERLIN  LIFE & HEALTH INS. CO.<br>ATTN:  BANKRUPTCY DESK/MANAGING AGENT<br>PO BOX 379301<br>LAS VEGAS, NV 89137-9031 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | TELEPACIFIC<br>ATTN:  BANKRUTPCY DESK/MANAGING AGENT<br>PO BOX 526015<br>SACRAMENTO, CA 95852 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | CITY OF BOULDER CITY<br>CITY HALL<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>401 CALIFORNIA AVENUE<br>BOULDER CITY, NV 89006 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | THE INDEPENDENT BANKERS BANK<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>P.O. BOX 569120<br>DALLAS, TX 75356 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | TOTAL SAFETY INC.<br>C/O BANKRUPTCY DEPT/MANAGING AGENT<br>8550 W. CHARLESTON BLVD. #110<br>LAS VEGAS, NV 89117 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | TYGRIS FINANCIAL<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>1370 AVENUE OF THE AMERICAS<br>FLOOR 1<br>NEW YORK, NY 10019 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | UNIFIRST CORP.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>568 PARKSON ROAD<br>HENDERSON, NV 89011 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | US EXPRESS LEASING<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>DEPT. 1608<br>DENVER, CO 80291-1608 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | US AIR CONDITIONING DIST.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>P.O. BOX 1122<br>LA PUENTE, CA 91749 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | VEGAS VALLEY AIR DUCT<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>4593 W. DESERT INN ROAD<br>LAS VEGAS, NV 89102 |

Sheet __5__ of __6__  continuation sheets attached to the Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

In re    **LISA FROMHART**
_____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | VIA DIRECT MARKETING<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>5989 MCLEOD DRIVE<br>LAS VEGAS, NV 89120 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | VISMAR, INC.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>1470 DARTMOUTH STREET<br>BALDWIN, NY 11510 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | WALKER CRANE<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>6213 RIVER BRENTA CT.<br>NORTH LAS VEGAS, NV 89031 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | WELLS FARGO BANK<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>PO BOX 94423<br>ALBUQUERQUE, NM 87199-9833 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | WESTERN AIR SYSTEMS & CONTROLS<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>4580 S. VALLEY VIEW BLVD.<br>LAS VEGAS, NV 89103 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | WRIGHT ENGINEERS<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>7425 PEAK DR.<br>LAS VEGAS, NV 89128 |
| TIMOTHY FROMHART, SR.<br>ATTN: BANKRUPTCY DEPT. / MANAGING AGENT<br>9086 WESTCHESTER HILL AVENUE<br>LAS VEGAS, NV 89148 | YELLOW BOOK - PACIFIC<br>ATTN:  BANKRUPTCY DESK/MANAGING AGENT<br>PO BOX 51444<br>LOS ANGELES, CA 90051-5744 |

Sheet    **6**    of    **6**    continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **LISA FROMHART**                                                                 Case No. _____
                                                                       Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Divorced** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**10**<br>**12** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **SUBSTITUTE TEACHER** | |
| Name of Employer | **CORNERSTONE CHRISTIAN ACADEMY** | |
| How long employed | **1 YEAR** | |
| Address of Employer | **5825 WEST ELDORA AVE.**<br>**LAS VEGAS, NV 89146** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **400.00** | $ | **N/A** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **N/A** |
| 3. SUBTOTAL | $ | **400.00** | $ | **N/A** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **0.00** | $ | **N/A** |
| b. Insurance | $ | **0.00** | $ | **N/A** |
| c. Union dues | $ | **0.00** | $ | **N/A** |
| d. Other (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **N/A** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **400.00** | $ | **N/A** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **N/A** |
| 8. Income from real property | $ | **0.00** | $ | **N/A** |
| 9. Interest and dividends | $ | **0.00** | $ | **N/A** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **1,200.00** | $ | **N/A** |
| 11. Social security or government assistance (Specify): | $ | **0.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 12. Pension or retirement income | $ | **0.00** | $ | **N/A** |
| 13. Other monthly income (Specify): **OSWALD PROPERTIES/PROPERTY MANAGEMENT** | $ | **1,000.00** | $ | **N/A** |
| | $ | **0.00** | $ | **N/A** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **2,200.00** | $ | **N/A** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,600.00** | $ | **N/A** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | | **2,600.00** |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re    **LISA FROMHART**                                                    Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 335.00 |
|   a. Are real estate taxes included?    Yes ___    No **X** | | |
|   b. Is property insurance included?    Yes ___    No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | | $ 200.00 |
|          b. Water and sewer | | $ 125.00 |
|          c. Telephone | | $ 150.00 |
|          d. Other  **See Detailed Expense Attachment** | | $ 73.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 100.00 |
| 4. Food | | $ 500.00 |
| 5. Clothing | | $ 100.00 |
| 6. Laundry and dry cleaning | | $ 25.00 |
| 7. Medical and dental expenses | | $ 80.00 |
| 8. Transportation (not including car payments) | | $ 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 190.00 |
| 10. Charitable contributions | | $ 120.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|        a. Homeowner's or renter's | | $ 0.00 |
|        b. Life | | $ 0.00 |
|        c. Health | | $ 305.00 |
|        d. Auto | | $ 120.00 |
|        e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify)  **TAXES** | | $ 209.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|        a. Auto | | $ 562.00 |
|        b. Other _____ | | $ 0.00 |
|        c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other _____ | | $ 0.00 |
|      Other _____ | | $ 0.00 |

| | |
|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 3,394.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ 2,600.00 |
| b.    Average monthly expenses from Line 18 above | $ 3,394.00 |
| c.    Monthly net income (a. minus b.) | $ -794.00 |

B6J (Official Form 6J) (12/07)
In re   **LISA FROMHART**                                                    Case No. _____
                                    Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **CABLE/INTERNET** | $ | **40.00** |
| **ALARM SYSTEM** | $ | **33.00** |
| **Total Other Utility Expenditures** | $ | **73.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Nevada

In re     **LISA FROMHART**

Debtor(s)

Case No. _____

Chapter     **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**57**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **February 2, 2010**

Signature     **/s/ LISA FROMHART**

**LISA FROMHART**

Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re    **LISA FROMHART** _____     Case No. _____

                                                         Debtor(s)          Chapter      **7**     _____

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$15,840.00** | **2009** |
| **$-32,788.00** | **2008 INCOME** |
| **$32,163.00** | **2007 INCOME** |

2

**2. Income other than from employment or operation of business**

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$7,401.00** | **DIVIDENDS - 2008** |
| **$15,964.00** | **DIVIDENDS - 2007** |
| **$2,600.00** | **2009 YTD INCOME FROM SCHOOL** |
| **$3,900.00** | **2009 YTD INCOME FROM ALIMONY** |

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■ b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■ c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **LENNOX INDUSTRIES, INC. V. AIR MAX, INC ET AL. CASE NO.: A575664** | **WRIT OF EXECUTION** | **DISTRICT COURT CLARK COUNTY, NEVADA** | **WRIT OF EXECUTION** |
| **LENNOX INDUSTRIES, INC. V. AIR MAX, INC. ET AL. CASE NO.: A575541** | **BUSINESS** | **DISTRICT COURT CLARK COUNTY, NEVADA** | **PENDING** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **GENERAL HOME SYSTEMS, INC. V. T C D LLC DBA SERVICE MAX PLUMBING ET AL.**<br>**CASE NO.: 08C-025168** | | **JUSTICE COURT, LAS VEGAS TOWNSHIP** | **PENDING** |
| **AIR MAX V. RIVER CITY PETROLEUM, INC. ET AL.**<br>**CASE NO.: G08-2957** | | **SUPERIOR COURT OF CALIFORNIA - COUNTY OF YOLO**<br>**725 COURT STREET, WOODLAND CA 95695** | **PENDING** |
| **RED ROCK COMMUNITY BANK V. AIR MAX DBA SERVICE MAX COOLING AND PLUMBING ET AL.**<br>**CASE NO.: A582744** | | **DISTRICT COURT CLARK COUNTY, NEVADA** | **PENDING** |
| **GENERAL HOME SYSTEMS, INC. V. TCD LLC DBA SERVICE MAX PLUMBING ET AL.**<br>**CASE NO.: 08C-025168** | | **JUSTICE COURT, LAS VEGAS TOWNSHIP CLARK COUNTY, NEVADA** | **PENDING** |
| **FROMHART V. FROMHART**<br>**CASE NO.: D-08-391085-D** | **DIVORCE** | **DISTRICT COURT FAMILY DIVISION CLARK COUNTY, NEVADA** | **DIVORCE DECREE ENTERED** |

None
☐
b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **CHASE**<br>**PO BOX 260164**<br>**LA2-2808**<br>**BATON ROUGE, LA 70826** | **APRIL 13, 2009** | **$317.01 FROM WRIT OF EXECUTION** |

**5.  Repossessions, foreclosures and returns**

None
☐
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **BANK OF NEVADA**<br>**ATTN: BANKRUPTCY DEPT. / MANAGING AGENT**<br>**PO BOX 26237**<br>**LAS VEGAS, NV 89126-0237** | **MARCH 30, 2009** | **FORECLOSURE OF 6155 & 6175 SAGEBRUSH, COMMERCIAL PROPERTY - 2,600,000.00** |
| **E PATRICK LN & SAGEBRUSH DR LLC**<br>**2700 W SAHARA AVE**<br>**LAS VEGAS, NV 89102-1700** | **08/25/2009** | **FORECLOSURE OF 3291 EAST PATRICK LANE, LAS VEGAS, NV 89146** |

4

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **LARSON & STEPHENS, LLC 810 S. CASINO CENTER BLVD. SUITE 104 LAS VEGAS, NV 89101** | **APRIL 2009** | **$2,500.00** |
| **DAN C. WATSON 4458 DALZELL COURT LAS VEGAS, NV 89120** | **MAY 2009** | **$150.00** |

5

**10. Other transfers**

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |
| LORI A. CLARKE<br>3628 WHITE STAR DRIVE<br>LAS VEGAS, NV 89129<br>　SISTER | JUNE 15, 2009 | BRAINHEAD VILLAGE - 356 S. HIGHWAY 143, BRAINHEAD, UT 84719 |

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| BANK OF AMERICA<br>4610 WEST SAHARA AVE.<br>LAS VEGAS, NV 89102 | ENDING IN #3047 | $373.45 |
| BANK OF AMERICA<br>4610 WEST SAHARA AVE.<br>LAS VEGAS, NV 89102 | ENDING IN #6915 | $373.45 |
| WAMU/CHASE<br>PO BOX 660022<br>DALLAS, TX 75266-0022 | CHECKING ACCOUNT ENDING IN #7644 | $75.00 CLOSED ON MAY 2009 |
| CITY NAT'L BANK<br>6085 W. TWAIN AVE.<br>LAS VEGAS, NV 89103 | MONEY MARKET ACCOUNT ENDING IN #9315 | CLOSED APRIL 2009 |
| CITY NAT'L BANK<br>6085 W. TWAIN AVE.<br>LAS VEGAS, NV 89103 | CHECKING ACCOUNT ENDING IN #3338 | CLOSED APRIL 2009 |
| WELLS FARGO | CHECKING ACCOUNT ENDING IN #8183 | FORCE CLOSED APRIL 2009 |

6

**12. Safe deposit boxes**

None
☐

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **WELLS FARGO 3300 W SAHARA AVE STE 100, LAS VEGAS, NV 89102** | **LISA FROMHART** | **NONE** | **CLOSED AUGUST 2009** |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
☐

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME
**TIMOTHY PATRICK FROMHART, SR.**
**9086 WESTCHESTER HILL AVE.**
**LAS VEGAS, NV 89148**

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

7

None ■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

**18 . Nature, location and name of business**

None ☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| **FROMHART, LLC** | **76-0765293** | **5711 O'BANNON DRIVE LAS VEGAS, NV 89146** | **COMMERICAL PROPERTY MANAGEMENT** | **MARCH 2005 TO PRESENT** |
| **HART MANAGEMENT** | **88-0436586** | **5711 O'BANNON DRIVE LAS VEGAS, NV 89146** | **RESIDENTAL PROPERTY MANAGEMENT** | **SEPTEMBER 1999 TO PRESENT** |
| **FROMHART FAMILY PARTNERSHIP** | **88-0436876** | **5711 O'BANNON LAS VEGAS, NV 89146** | **OWNS FROMHART, LLC** | **SEPTEMBER 1999 TO PRESENT** |
| **HART PROPERTIES** | **71-09-70582** | **5711 O'BANNON LAS VEGAS, NV 89146** | **HOLDS RESIDENTIAL PROPERTIES** | **AUGUST 2004 TO PRESENT** |

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

8

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED

None
■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                            ADDRESS                            DATES SERVICES RENDERED

None
■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                            ADDRESS

None
■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                                    DATE ISSUED

**20. Inventories**

None
■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY                    INVENTORY SUPERVISOR                    DOLLAR AMOUNT OF INVENTORY
                                                                              (Specify cost, market or other basis)

None
■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY                                    NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
                                                      RECORDS

**21 . Current Partners, Officers, Directors and Shareholders**

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS                    TITLE                    NATURE AND PERCENTAGE
                                                              OF STOCK OWNERSHIP

9

**22 . Former partners, officers, directors and shareholders**

None
■

a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                    ADDRESS                                    DATE OF WITHDRAWAL

None
■

b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                        TITLE                              DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                           DATE AND PURPOSE                   AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR                  OF WITHDRAWAL                      OR DESCRIPTION AND
                                                                          VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                              TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **February  2, 2010**                    Signature  **/s/ LISA FROMHART**
                                                           **LISA FROMHART**
                                                           Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re **LISA FROMHART** _____   Case No. _____
                                    Debtor(s)                Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**AMERICAS SERVICING CO.** | **Describe Property Securing Debt:**<br>**849 COUNT WUTZKE, LAS VEGAS, NV 89119** |

Property will be (check one):
   ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**AMERICAS SERVICING CO.** | **Describe Property Securing Debt:**<br>**1801 HERMITAGE AVE, LAS VEGAS, NV 89108** |

Property will be (check one):
   ■ Surrendered                    □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                    ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**AMERICAS SERVICING CO.** | **Describe Property Securing Debt:**<br>**273 WESTWIND ROAD, HENDERSON, NV 89074** |

Property will be (check one):
■ Surrendered                            ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**AMERICAS SERVICING CO.** | **Describe Property Securing Debt:**<br>**935 BAGPIPE COURT, NORTH LAS VEGAS, NV 89032** |

Property will be (check one):
■ Surrendered                            ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                              ■ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**AMERICAS SERVICING CO.** | **Describe Property Securing Debt:**<br>**5045 STARFINDER AVE., LAS VEGAS, NV 89108** |

Property will be (check one):
■ Surrendered                            ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                              ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                          Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**AURORA LOAN SERVICES** | **Describe Property Securing Debt:**<br>**4373 HONEYCOMB DRIVE, LAS VEGAS, NV 89147** |

Property will be (check one):
   ■ Surrendered                                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**BAC HOME LOANS** | **Describe Property Securing Debt:**<br>**5711 O'BANNON DRIVE, LAS VEGAS, NV 89146** |

Property will be (check one):
   ■ Surrendered                                    ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt                    ■ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**COMPASS BK** | **Describe Property Securing Debt:**<br>**2004 TOYOTA SEQUOIA**<br>**Location: 8525 CREST HILL AVENUE, LAS VEGAS NV** |

Property will be (check one):
   ☐ Surrendered                                    ■ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ■ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ■ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)  Page 4

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**FIRST HORIZON** | **Describe Property Securing Debt:**<br>**5711 O'BANNON DRIVE, LAS VEGAS, NV 89146** |

Property will be (check one):

■ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt ■ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**WASHINGTON MUTUAL** | **Describe Property Securing Debt:**<br>**273 WESTWIND ROAD, HENDERSON, NV 89074** |

Property will be (check one):

■ Surrendered ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   ☐ Claimed as Exempt ■ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                        Page 5

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**WASHINGTON MUTUAL** | **Describe Property Securing Debt:**<br>**1628 NORTH JONES, LAS VEGAS, NV 89108** |

Property will be (check one):

■ Surrendered                                □ Retained

If retaining the property, I intend to (check at least one):
    □ Redeem the property
    □ Reaffirm the debt
    □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    □ Claimed as Exempt                                ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES          □ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **February  2, 2010** _____          Signature   **/s/ LISA FROMHART** _____
                                                                                  **LISA FROMHART**
                                                                                   Debtor

# United States Bankruptcy Court
## District of Nevada

In re  **LISA FROMHART** _____

_____
Debtor(s)

Case No. _____

Chapter  **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,500.00** |
| Prior to the filing of this statement I have received | $ | **2,500.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **February  2, 2010** _____

**/s/ Zachariah Larson** _____
**Zachariah Larson 7787**
**LARSON & STEPHENS, LLC**
**810 S. CASINO CENTER BLVD.**
**SUITE 104**
**LAS VEGAS, NV 89101**
**(702) 382-1170  Fax: (702) 382-1169**
**zlarson@lslawnv.com**

---

# United States Bankruptcy Court
## District of Nevada

In re   **LISA FROMHART**                       Case No. _____

Debtor(s)           Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **February  2, 2010**            **/s/ LISA FROMHART**

                                         **LISA FROMHART**
                                         Signature of Debtor

.

LISA FROMHART
P.O. BOX 27083
LAS VEGAS, NV 89126

Zachariah Larson
LARSON & STEPHENS, LLC
810 S. CASINO CENTER BLVD.
SUITE 104
LAS VEGAS, NV 89101

ACR GROUP, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3200 WILCREST DRIVE., SUITE 440
HOUSTON, TX 77042

ADVANTA BUSINESS CARDS
Acct No xxxx-xxxx-xxxx-9012
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
P.O. BOX 8088
PHILADELPHIA, PA 19101

AIR MAX
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5711 O'BANNON DRIVE
LAS VEGAS, NV 89146

ALL LIT UP ELECTRIC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10501 W. GOWAN STREET
SUITE 140
LAS VEGAS, NV 89129

ALLIANCE ONE RECEIVABLES MANAGEMENT, INC
Acct No xxxx-xxxx-xxxx-3266
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
1160 CENTRE POINTE DR. #1
SAINT PAUL, MN 55120

ALLIED INSURANCE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1100 LOCUST STREET
DES MOINES, IA 50391

AMERICAN AUTO INS CO
Acct No xxxxx6106
C/O FIREMAN'S FUND INSURANCE COMPANIES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 7166
PASADENA, CA 91109

AMERICAN CRANE SERVICES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
803 SAN BRUNO AVE.
HENDERSON, NV 89002

AMERICAN EXPRESS
Acct No 1002
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 0001
LOS ANGELES, CA 90096-0001

AMERICAN JETTING SERVICES INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2081 HELLMAN AVE.
UNIT C
ONTARIO, CA 91761

AMERICAN RESIDENTIAL SERVICES, LLC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
965 RIDGE LAKE BLVD. #201
MEMPHIS, TN 38120

AMERICAS SERVICING CO.
Acct No xxxxxxxxx5193
ATTN: BANKRUPTCY DESK/MANAGING AGENT
8480 STAGECOACH CITY
FREDERICK, MD 21701

AMERICAS SERVICING CO.
Acct No xxxxxxxxx3964
ATTN: BANKRUTPCY DESK/MANAGING AGENT
7485 NEW HORIZON WAY
FREDERICK, MD 21703

ANSWER ALL, LLC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1432 RIVERSIDE DRIVE
MACON, GA 31201

ASAP PUMP & WELL SERVICES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
12700 RED ROCK RD.
RENO, NV 89508

ASWA
801 S. RANCHO DR.
BUILDING D-4
LAS VEGAS, NV 89106

AT&T
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 989045
WEST SACRAMENTO, CA 95798

AT&T
Acct No 6309
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 989045
WEST SACRAMENTO, CA 95798-9045

AUDIT SYSTEMS INCORPORATED
Acct No xxxxxxxxxxxxxx8183
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3696 ULMERTON RD., SUITE 200
CLEARWATER, FL 33762

AURORA LOAN SERVICES
Acct No xxxxxxxxx0786
ATTN: BANKRUPTCY DEPT./MANAGEMENT AGENT
10350 PARK MEADOWS
LITTLETON, CO 80124

BAC HOME LOANS
Acct No 2233
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
450 AMERICAN STREET
SIMI VALLEY, CA 93065

BANK OF NEVADA
Acct No xxxx-xxxx-xxxx-7755
ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT
2700 WEST SAHARA AVENUE
LAS VEGAS, NV 89102

BARNETT, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4031 INDUSTRIAL CENTER DRIVE
NORTH LAS VEGAS, NV 89030

BERGELECTRIC CORP
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
650 OPPER STREET
ESCONDIDO, CA 92029

BERGSTROM MANUFACTURING, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
16622 30TH STREET SW
COKATO, MN 55321

BOLICK & BOYER
Acct No xx873-1
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
10785 W. TWAIN AVE., STE. 200
LAS VEGAS, NV 89135

BUCKLEY CONSTRUCTION
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4440 ARVILLE STREET., #40
LAS VEGAS, NV 89103

BURKE ENGINEERING
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1201 AMERICAN PACIFIC DRIVE
SUITE B
HENDERSON, NV 89074

CAINE & WEINER
Acct No 965098A
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1699 E. WOODFIELD ROAD
SCHAUMBURG, IL 60173

CAPITAL BANCORP LIMITED
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
200 WASHINGTON SQUARE NORTH
LANSING, MI 48933

CAPITAL ONE BUSINESS
Acct No xxxx-xxxx-xxxx-3266
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
P.O. BOX 30285
SALT LAKE CITY, UT 84130

CBIC INSURANCE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 9271
SEATTLE, WA 98109

CBIC INSURANCE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1213 VALLEY STREET
SEATTLE, WA 98109

CHASE
Acct No xxxxx0542
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
P.O. BOX 1547
ORLANDO, FL 32802

CINTAS CORPORATION
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1231 NATIONAL DRIVE
SACRAMENTO, CA 95834

CITI
Acct No xxxx-xxxx-xxxx-6513
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 6241
SIOUX FALLS, SD 57117

CITY NATIONAL BANK
Acct No xxxxxx9429
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
555 SOUTH FLOWER STREET
SIXTEENTH FLOOR
LOS ANGELES, CA 90071

CITY OF BOULDER CITY
CITY HALL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
401 CALIFORNIA AVENUE
BOULDER CITY, NV 89006

CITY OF LAS VEGAS SEWER SERVICE
Acct No xx-xx1401
DEPARTMENT OF FINANCE & BUSINESS SERVICE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 52794
PHOENIX, AZ 85072

CITY OF NORTH LAS VEGAS
Acct No xxxxx3-05-9
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2829 FORT SUMTER DRIVE
NORTH LAS VEGAS, NV 89030

CLARK COUNTY TREASURER
Acct No xxx-xx-xx4-001
ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT
500 SOUTH GRAND CENTRAL PKWY
LAS VEGAS, NV 89155

CLARK COUNTY WATER RECLAMATION
Acct No xxx4249
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5857 E. FLAMINGO RD.
LAS VEGAS, NV 89122-5598

CLARK COUNTY WATER RECLAMATION
Acct No xxx0399
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5857 E. FLAMINGO ROAD
LAS VEGAS, NV 89193

CLARK COUNTY WATER RECLAMATION
Acct No xxx-xx-xxx-xxxx / xxx2402
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 98526
LAS VEGAS, NV 89193

COLLECTION BUREAU OF NV
470 E. PLUMB LANE, STE 300
RENO, NV 89502

COMPASS BK
Acct No xxx0773
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
15 20TH STREET S FL 9
BIRMINGHAM, AL 35233

```
CONTRACTORS BONDING & INSURANCE COMPANY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1213 VALLEY STREET
SEATTLE, WA 98109

CONTRACTORS BONDING AND INSURANCE CO.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1213 VALLEY STREET
SEATTLE, WA 98109

CREDIT BUREAU CENTRAL
Acct No xxxxx3-05-9
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2980 S. JONES BLVD., SUITE A
LAS VEGAS, NV 89146

CURTIS COKER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4594 SKYLAND DRIVE
LAS VEGAS, NV 89121

CVS CAREMARK
Acct No x6134
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 99778
CHICAGO, IL 60696-7578

DELL FINANCIAL SERVICES
Acct No 3017
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4307 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DELL FINANCIAL SERVICES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 5292
CAROL STREAM, IL 60197

DEPT OF FINANCE & BUSINESS SERVICES
Acct No xx-xx3432
CITY HALL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
400 STEWART AVE., 6TH FLOOR
LAS VEGAS, NV 89101

DESERT SUPPLY HVAC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5480 S. PROCYON
LAS VEGAS, NV 89118

EMBARQ
Acct No 2676
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 96064
CHARLOTTE, NC 28296-0064
```

EMBARQ
Acct No 5661
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 660068
DALLAS, TX 75266

EMBARQ YELLOW PAGES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8400 INNOVATION WAY
CHICAGO, IL 60682

EQUIPMENT LEASING SERVICES INC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9977 N. 90TH 5TH STREET #110
SCOTTSDALE, AZ 85258

FERGUSON ENTERPRISES, INC.
Acct No 5356
ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT
501 PARKSON
HENDERSON, NV 89011

FIDELITY AND DEPOSIT COMPANY OF MARYLAND
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3910 KESWICK ROAD
BALTIMORE, MD 21211

FIELD EQUIPMENT SERVICE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 758
WARSAW, MO 65355

FIREMAN'S FUND INSURANCE COMPANIES
Acct No xxxxxx xxxxxxx1493
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 7166
PASADENA, CA 91109

FIRST HORIZON
Acct No xxxxxxxxx0813
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
4600 HORIZON WAY
IRVING, TX 75063

GENERAL HOME SYSTEMS, INC.
C/O PEEL BRIMLEY, LLP
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3333 E. SERENE AVE., SUITE 200
HENDERSON, NV 89074-6571

GOODMAN DISTRIBUTION
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3940 E. CRAIG RD. #103
NORTH LAS VEGAS, NV 89030

```
GREAT AMERICAN INSURANCE COMPANY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
580 WALNUT STREET
CINCINNATI, OH 45202

H & E EQUIPMENT SERVICES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4129 LOSEE RD.
NORTH LAS VEGAS, NV 89030

HARRISON, KEMP, JONES & COULTHARD
3800 HOWARD HUGHES PARKWAY
17TH FLOOR
LAS VEGAS, NV 89169

HD SUPPLY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5920 S. VALLEY VIEW BLVD.
LAS VEGAS, NV 89118

HEATING & COOLING SUPPLY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3955 W. SUNSET ROAD
LAS VEGAS, NV 89118

HOME DEPOT
Acct No 3318
ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 6031
THE LAKES, NV 88901-6031

HOME DEPOT CREDIT SERVICES
Acct No 9353
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 6028
THE LAKES, NV 88901-6028

HONEST 1 AUTO CARE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1655 W. WARM SPRINGS RD.
HENDERSON, NV 89014

HUGHES SUPPLY, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
855 W. BONANZA RD.
LAS VEGAS, NV 89106

INTER-TEL TECHNOLOGIES, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
DEPT. 6162
A/R DEPT.
LOS ANGELES, CA 90084-6162
```

JASON JAVITZ, ESQ.
840 DELTAL LANE
WEST SACRAMENTO, CA 95691

JOHNSON, MORGAN, WHIT
6800 BROKEN SOUND PKWY
BOCA RATON, FL 33487

JOHNSTONE SUPPLY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2314 WESTERN AVE.
LAS VEGAS, NV 89102

KRYSTAL KEAR WATER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4927 TRANSIT RD.
BUFFALO, NY 14221

LAS VEGAS HEATING & COOLING
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
125 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NV 89101

LAS VEGAS MATERIAL HANDLING
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4375 W. RENO AVENUE, #6
LAS VEGAS, NV 89118

LAS VEGAS REVIEW JOURNAL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 920
LAS VEGAS, NV 89125

LAS VEGAS WINDOW TINTING
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3380 W. HACIENDA AVENUE, SUITE 103
LAS VEGAS, NV 89120

LAW OFFICE OF PHOEBE MOFFATT
1400 EAST SOUTHERN AVENUE
SUITE 620
TEMPE, AZ 85282

LENNOX INDUSTRIES, INC.
C/O JOHN W. MUIJE, ESQ.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1320 S. CASINO CENTER BLVD.
LAS VEGAS, NV 89104

LENNOX INDUSTRIES, INC.
C/O EULER HERMES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
369 PINE STREET, STE. 410
SAN FRANCISCO, CA 94104-3310

LIFT EQUIPMENT CERTIFICATION
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3365 W. PATRICK LANE, #C
LAS VEGAS, NV 89118

LOFT
Acct No xxxxxxxxxxxx9471
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
P.O. BOX 659705
SAN ANTONIO, TX 78265

MACY'S
Acct No xxxxxxxx4240
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
P.O. BOX 6938
THE LAKES, NV 88901

MBF LEASING
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 1027
SIOUX FALLS, SD 57101-1027

MERCHANT SERVICES
C/O COLLECTIONS DEPT.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6789 QUAIL HILL PKWY #432
IRVINE, CA 92603

MERCURY LDO
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3325 PEPPER LANE
LAS VEGAS, NV 89120

MSI HVAC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
12925 MARLAY AVENUE
FONTANA, CA 92337

NETWORK FLEET
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
14541 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

NORTH AMERICAN CASUALTY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
650 ELM STREET
MANCHESTER, NH 03101

NORTH AMERICAN CASUALTY INS.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
650 ELM STREET
MANCHESTER, NH 03101

NV ENERGY
Acct No xxxxxxxxxxxxxxx5547
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 30086
RENO, NV 89520-3086

NV IMAGING CENTERS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
715 MALL RING CIRCLE, STE. 100
HENDERSON, NV 89014

OFFICE DEPOT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 9020
DES MOINES, IA 50368-9020

P & O BRAKE INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3155 E. PATRICK LANE, STE. 4
LAS VEGAS, NV 89120

P & S METALS & SUPPLY CORP.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5160 ROGERS STREET
LAS VEGAS, NV 89118

PALMER ELECTRIC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6625 S. VALLEY VIEW #D 408
LAS VEGAS, NV 89118

PITNEY BOWES
C/O BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 856460
LOUISVILLE, KY 40285-6460

PURCHASE POWER
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
P.O. BOX 856042
LOUISVILLE, KY 40285

PW JAMES PAYMENT PROCESSING
Acct No xx0079
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 82008
LAS VEGAS, NV 89180-2008

QUALITY LOAN SERVICE CORP.
Acct No xxxxxxxxx0786
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2141 5TH AVENUE
SAN DIEGO, CA 92101

REBECCA MILLER, ESQ.
SCHOLFIELD MILLER LAW FIRM
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
528 CASINO CENTER BLVD., 3RD FLOOR
LAS VEGAS, NV 89101

RECEIVABLE PERFORMANCE MGMT
Acct No 2676
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
20816 44TH AVE. W
LYNNWOOD, WA 98036

RED ROCK COMMUNITY BANK
C/O KOLESAR & LEATHAM, CHTD.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3320 W. SAHARA AVE., SUITE 380
LAS VEGAS, NV 89102

RED ROCK COMMUNITY BANK
ATTN: BANKRUTPCY DESK/MANAGING AGENT
10000 W. CHARLESTON BLVD.
LAS VEGAS, NV 89135

RENO GAZETTE-JOURNAL
C/O BANKRUPTCY DEPT/MANAGING AGENT
PO BOX 22000
RENO, NV 89520

REPUBLIC SERVICES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
770 E. SAHARA AVE.
PO BOX 98508
LAS VEGAS, NV 89193-8508

RIVER CITY PETROLEUM
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
P.O. BOX 235
WEST SACRAMENTO, CA 95691

RIVER CITY PETROLEUM, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 235
WEST SACRAMENTO, CA 95691

RLI INSURANCE COMPANY
DBA SERVICE MAX PLUMBING
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 3961
PEORIA, IL 61612-3961

RLI INSURANCE COMPANY
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9025 N. LINDBERGH DRIVE
PEORIA, IL 61615

RMS
Acct No 3017
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4836 BRECKVILLE RD.
PO BOX 509
RICHFIELD, OH 44286

ROCK CREEK MANOR HOA
Acct No 1628
C/O COMMUNITY ASSOC. BANK
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 63425
PHOENIX, AZ 85082-3425

SCHOLFIELD MILLER LAW FIRM
Acct No x925.1
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
528 CASINO CENTER BLVD., 3RD FLOOR
LAS VEGAS, NV 89101

SH RECOVERY & ASSOCIATES
20832 ROSCOE #102
WINNETKA, CA 91306

SHADOW EMERGENCY PHYSICIANS
Acct No xxxxxxxx5611
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 13917
PHILADELPHIA, PA 19101-3917

SHRED IT
C/O BANKRUPTCY DEPT/MANAGING AGENT
7180 PLACID STREET, SUITE A
LAS VEGAS, NV 89119

SILVER STATE DIRECTORIES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3651 LINDELL ROAD
LAS VEGAS, NV 89103

SILVER STATE TOWING
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
2400 S. HIGHLAND DR.
LAS VEGAS, NV 89102

SNE EQUIPMENT SERVICES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4129 LOSEE ROAD
NORTH LAS VEGAS, NV 89030

SOUTH CENTRAL SOUND
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6000 S. EASTERN AVENUE, 32C
LAS VEGAS, NV 89119

SOUTHERN NEVADA TIRE MART
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
529 INDUSTRIAL PARK ROAD
COLUMBIA, MS 39429

SPARKLETTS
DS WATERS OF AMERICA, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5660 NEW NORTHSIDE DRIVE, #500
ATLANTA, GA 30328

SPRING VALLEY HOSPITAL MEDICAL CENTER
Acct No xxxxx5611
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 3475 CUST: UHS
TOLEDO, OH 43607-0475

SPRINT
ATTN:  BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 4181
CAROL STREAM, IL 60197-4181

STARFIRE ESTATES VI OWNERS ASSN
Acct No x0983
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
C/O PERFORMANCE CAM, LLC
3360 W. SAHARA AVE. #250
LAS VEGAS, NV 89102

STATE FARM FIRE AND CASUALTY COMPANY
Acct No xx-xx-x747-8
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2700 SOUTH SUNLAND DRIVE
TEMPE, AZ 85282-3387

STATE OF NV DEPT OF EMPLOYMENT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
500 EAST THIRD STREET
CARSON CITY, NV 89713

STATE OF NV DEPT OF TAXATION
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
555 E. WASHINGTON AVENUE 1300
LAS VEGAS, NV 89101

STAURT ALLAN & ASSOCIATES, INC.
5447 E.5TH STREET
SUITE 110
TUCSON, AZ 85711-2345

STUART ALLAN & ASSOCIATES, INC.
ATTN:  BANKRUTPCY DESK/MANAGING AGENT
5447 E. 5TH ST. #110
TUCSON, AZ 85711-2345

SUMMERLIN  LIFE & HEALTH INS. CO.
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
PO BOX 379301
LAS VEGAS, NV 89137-9031

T C D LLC DBA SERVICE MAX PLUMBING
C/O AMERICAN RESIDENTIAL SERVICES, LLC
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
965 RIDGE LAKE BLVD. #201
MEMPHIS, TN 38120

TELEPACIFIC
ATTN:  BANKRUTPCY DESK/MANAGING AGENT
PO BOX 526015
SACRAMENTO, CA 95852

THE INDEPENDENT BANKERS BANK
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
P.O. BOX 569120
DALLAS, TX 75356

TIMOTHY FROMHART, SR.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
9086 WESTCHESTER HILL AVENUE
LAS VEGAS, NV 89148

TOMMIE L. TOWNSEND II
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
8031 SPRINGBUCK COURT
LAS VEGAS, NV 89129

TOTAL SAFETY INC.
C/O BANKRUPTCY DEPT/MANAGING AGENT
8550 W. CHARLESTON BLVD. #110
LAS VEGAS, NV 89117

TOWNCO CONSTRUCTION
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
2728 RENWICK CIRCLE
LAS VEGAS, NV 89117

TRANSWORLD SYSTEMS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 1864
SANTA ROSA, CA 95402

TRAVELERS
Acct No xxxxxxxxx6371
SAGE INSURANCE SERVICES
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
3505 E. FLAMINGO ROAD, STE. 4
LAS VEGAS, NV 89121

```
TRUSTEE CORPS
Acct No xxxxxxxxx6190
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
2112 BUSINESS CENTER DR. 2ND FLOOR
IRVINE, CA 92612

TYGRIS FINANCIAL
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1370 AVENUE OF THE AMERICAS
FLOOR 1
NEW YORK, NY 10019

UNIFIRST CORP.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
568 PARKSON ROAD
HENDERSON, NV 89011

US AIR CONDITIONING DIST.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
P.O. BOX 1122
LA PUENTE, CA 91749

US EXPRESS LEASING
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
DEPT. 1608
DENVER, CO 80291-1608

UTLS DEFAULT SERVICES, LLC
Acct No xxxxxxxxx0813
ATTN:  BANKRUTPCY DESK/MANAGING AGENT
PO BOX 5899
6 EXECUTIVE CIRCLE#100
IRVINE, CA 92616

VEGAS VALLEY AIR DUCT
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4593 W. DESERT INN ROAD
LAS VEGAS, NV 89102

VIA DIRECT MARKETING
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
5989 MCLEOD DRIVE
LAS VEGAS, NV 89120

VILLAGE OF SILVER SPRINGS HOA
Acct No xxxxx-2950
C/O TERRA WEST PROP MGMT 251-45
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 80900
LAS VEGAS, NV 89180-0900

VISMAR, INC.
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
1470 DARTMOUTH STREET
BALDWIN, NY 11510
```

WALKER CRANE
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
6213 RIVER BRENTA CT.
NORTH LAS VEGAS, NV 89031

WASHINGTON MUTUAL
Acct No xxxxxx0345
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
3990 S. BABCOCK STREET
MELBOURNE, FL 32901

WASHINGTON MUTUAL
Acct No xxxxxxxxxxxxxxxxxxx8863
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 78148
PHOENIX, AZ 85062

WASHINGTON MUTUAL
Acct No xxxxxxxxx6062
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 78065
PHOENIX, AZ 85062

WELLS FARGO
Acct No xxxx-xxxx-xxxx-4824
ATTN: BANKRUPTCY DEPT./MANAGING AGENT
P.O. BOX 5445
PORTLAND, OR 97208

WELLS FARGO BANK
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 94423
ALBUQUERQUE, NM 87199-9833

WELLS FARGO NV
Acct No xxxxxxxxx2616
ATTN: BANKRUTPCY DESK/MANAGING AGENT
PO BOX 94435
ALBUQUERQUE, NM 87199

WESTERN AIR SYSTEMS & CONTROLS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
4580 S. VALLEY VIEW BLVD.
LAS VEGAS, NV 89103

WFNNB/ANN TAYLOR
Acct No xxxxxxxx2143
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
PO BOX 182273
COLUMBUS, OH 43218

WRIGHT ENGINEERS
ATTN: BANKRUPTCY DEPT. / MANAGING AGENT
7425 PEAK DR.
LAS VEGAS, NV 89128

```
YELLOW BOOK - PACIFIC
ATTN:  BANKRUPTCY DESK/MANAGING AGENT
PO BOX 51444
LOS ANGELES, CA 90051-5744
```