**Entered on Docket
April 09, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Kristin A. Schuler-Hintz, Esq., SBN 7171 |
| 10 | Seth J. Adams, Esq., SBN 11034 |
| | Christopher K. Lezak, Esq., SBN 11185 |
| 11 | Sherry A. Moore, Esq., SBN 11215 |
| | McCarthy & Holthus, LLP |
| 12 | 9510 West Sahara Avenue, Suite 110 |
| | Las Vegas, NV  89117 |
| 13 | Phone (702) 685-0329 |
| | Fax (866) 339-5691 |
| 14 | NVBK@McCarthyHolthus.com |

Kristin A. Schuler-Hintz, Esq., SBN 7171
Seth J. Adams, Esq., SBN 11034
Christopher K. Lezak, Esq., SBN 11185
Sherry A. Moore, Esq., SBN 11215
McCarthy & Holthus, LLP
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for Secured Creditor,
US Bank National Association, as Trustee for Credit Suisse First Boston CSFB 2005-6, its assignees and/or successors and the servicing agent WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-11589-lbr |
| | ) |
| Lisa Fromhart, | ) Chapter  7 |
| | ) |
| Debtor. | ) DATE:  03/31/10 |
| | ) TIME:   10:00 am |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

*Rev. 12.09*                                                                                             M&H File No. NV-10-22327
                                                                                                                      10-11589-lbr

1  The Motion for Relief From Automatic Stay came on regularly for hearing at the date and
2  time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and
3  supporting evidence, and good cause appearing, the Court rules as follows:

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay
   provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of
   Movant in the real property commonly known as 1801 Hermitage Drive, Las Vegas, NV 89108.

   Secured Creditor will provide not less than 7 days notice of the date, time, and location of
   the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

   IT IS SO ORDERED.


   Submitted by:
   McCarthy & Holthus, LLP

   /s/Christopher K. Lezak
   Christopher K. Lezak, Esq.
   9510 West Sahara Suite #110
   Las Vegas, NV 89117
   702-685-0329


   Approved/Disapproved

   *Order Filed 02/22/10-no response received*
   Zachariah Larson, Esq.
   810 S. Casino Center Blvd Suite 104
   Las Vegas, NV 89101
   (702) 382-1169

   Approved/Disapproved

   *Order Filed 02/22/10-no response received*
   Joseph B. Atkins
   5030 Paradise Road #B-213
   Las Vegas, NV 89119

ALTERNATIVE METHOD re; RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

X  This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: Zachariah Larson- Order Filed 02/22/10-no response received

Unrepresented parties appearing: None

Trustee: Joseph B. Atkins- Order Filed 02/22/10-no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Christopher K. Lezak.
Christopher K. Lezak, Esq.

### 

*Rev. 12.09*                                                                                 M&H File No. NV-10-22327
                                                                                             10-11589-lbr